**EXHIBIT 2**

Sep 25 2025 email

(City Administrator confirms Applicants 2-4 Not Qualified)

From: Bob Stahlke <bstahlke@seviervilletn.org>
Date: Thu, Sep 25, 2025 at 1:14 PM
Subject: RE: Package store license question
To: JC Investment <jcinvent21@gmail.com>

Ms. Strode,

City Administrator Dustin Smith tells me they [other applicants number 2, 3, and 4 for liquor license—see question] did not meet the distance requirements from a church and/or school. If you have any additional questions, or would like Mr. Smith to call you, please let me know. I believe he is out of the office today but should be in at some point tomorrow. Thank you.
Bob

Dustin Smith
City Administrator