# EXHIBIT 4

Excerpt of KARS Complaint incl. Para 53

IN THE CHANCERY COURT FOR SEVIER COUNTY TENNESSEE

KARS, LLC, ROBERT HENDERSON DEVELOPMENT 1, LLC, ROCKY TOP FORD LINCOLN, LLC,

Plaintiffs,

-against-

RONALD W. OGLE, BETTY M. OGLE, WHALEY PROPERTIES INC., LD&S TN, LLC, DANIEL L. WEBB, LYNN T. WEBB,

Defendants.

Case No. 24-5-164

CHANCERY COURT FILED HOUR:______M. MAY 23 2024 Carolyn S. McMahan CLERK & MASTER SEVIER COUNTY, TN

## COMPLAINT

KARS, LLC ("KARS"), Robert Henderson Development 1, LLC ("RH1") and Rocky Top Ford Lincoln, LLC ("Rocky Top") (collectively, "Plaintiffs"), by and through their undersigned counsel, for their Complaint against Ronald W. Ogle, Betty M. Ogle, Lynn T. Webb, Daniel L. Webb, Whaley Properties, Inc. ("Whaley") and LD&S TN, LLC ("LD&S") (collectively "Defendants"), respectfully allege upon information and belief as follows:

### PRELIMINARY STATEMENT

1. This action arises from Defendants' predatory and unfair scheme to obstruct Plaintiffs' development of a commercial business complex on three parcels of property located at 750 Dolly Parton Parkway, Sevierville, TN 37862 (the "DP Property"), with the intent to undermine Plaintiffs' business and unlawfully seize property, profits and business prospects for their own unlawful gain. Defendants' actions make clear that they do not think the rules apply to them, and that they can bully their way through the City of Sevierville, trampling Plaintiffs and

53. Whaley and LD&S asserted similar bad-faith justifications for terminating the LD&S Agreement. In the Termination Letter, Whaley and LD&S claimed that "[t]he Purchase Option set forth in Section 22 of the LD&S Lease was exercised by that certain letter dated June 7, 2023 from Kacie McRee on behalf of the Lessee (the 'LD&S Exercise Notice'). The Closing Date set forth in said LD&S Exercise Notice was April 1, 2024, which date has now passed with neither a Closing nor satisfaction of my client's conditions for an extension of said Closing Date. Therefore, my client takes the position that the Purchase Option in the LD&S Lease is now expired as well." But as Whaley and LD&S well know, they had agreed to extend the Closing Date until May 1, 2024 and circulated draft PSAs memorializing that understanding.

54. The Webbs' decision to terminate these agreements in bad faith was done with the intent to harm Plaintiffs and punish them for having the audacity of asking the Webbs to split the cleanup fee to remediate the environmental issues on the property, and they did so with Ron and Betty Ogle, who had been scheming for weeks to sabotage Plaintiffs' business objectives and were all too eager to assist.

## III. The Ogles Announce Their Plan to Stop Plaintiffs' Development to Take the Land for Themselves

55. Ron and Betty Ogle are business owners and, upon information and belief, some of the largest landowners in Sevier County, with public records indicating that the Ogles own over 190 properties.

56. The Ogles own property at the corner of Middle Creek Road and Dolly Parton Parkway, including the Shell gas station, which sells alcohol and tobacco products, and the Parkway Plaza office/retail complex, both of which are near the DP Property. And from the outset, the Ogles were determined to prevent Plaintiffs from developing their business complex and opening a liquor store that would draw alcohol sales away from the Ogles' Shell station.

Dated: Sevierville, Tennessee
May 23, 2024

By: [signature]
Travis D. McCarter
117 Court Avenue
Sevierville, Tennessee 37862
(865) 429-3600

*and*

KASOWITZ BENSON TORRES LLP

By: **/s/ Nicholas A. Rendino**
Nicholas A. Rendino (*pro hac vice* forthcoming)
Joshua E. Roberts (*pro hac vice* forthcoming)
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Plaintiffs*