Outlook

## January 17th Meeting Request

**From** stacy Champagne <stacychampagnetn@gmail.com>
**Date** Wed 1/8/2025 11:20 AM
**To** Dustin Smith <dsmith@seviervilletn.org>

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

Happy New Year!

I am reaching out on behalf of KARS, LLC regarding our certificate of compliance for a retail package store, which was issued by the City of Sevierville on February 12, 2024. It is my understanding that the Board of Mayor and Aldermen has an upcoming meeting on January 17, 2025. As you are aware, we have been tied up in litigation, and as we work to sort this out, we are formally requesting an extension of six months to begin construction. Please add this entry and formal request to the upcoming calendar. If I can be of any assistance, please don't hesitate to reach out.

Best regards,
Stacy Champagne

Outlook

## RE: January 17th meeting

**From** Dustin Smith <dsmith@seviervilletn.org>
**Date** Fri 1/10/2025 1:25 PM
**To** stacy Champagne <stacychampagnetn@gmail.com>

Stacy,

Yes, received and your request will be on the agenda for the 17th.

Thanks,

Dustin Smith
City Administrator
City of Sevierville
865-453-5504

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Thursday, January 9, 2025 9:28 PM
**To:** Dustin Smith <dsmith@seviervilletn.org>
**Subject:** January 17th meeting

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

I am just following up to be sure you received my previous email. If you would please respond to this email so I have confirmation the request has been received by your office.

Thank you,
Stacy

July 11, 2025

City of Sevierville
Board of Mayor and Aldermen

**RE: Agenda Item for Consideration at the Next Upcoming Meeting**

KARS, LLC respectfully submits a request for an extension of time to complete the build-out at the licensed location of 750 Dolly Parton Parkway. KARS, LLC is requesting a 12-month extension beyond the currently allotted timeframe. As this board is aware, KARS, LLC has encountered unforeseen impediments that have hindered its progress which we have diligently continued to work through. However, as we submit this request, we believe that a resolution is imminent allowing our progress to continue pursuant to the approval of this request. Thank you for your time and consideration.

Sincerely,

Stacy Champagne
KARS, LLC Mbr

Outlook

## RE: BMA Meeting Request

**From** Dustin Smith <dsmith@seviervilletn.org>
**Date** Mon 7/14/2025 4:15 PM
**To** stacy Champagne <stacychampagnetn@gmail.com>

Received, I will have a spot for this on the agenda for the meeting on the 21st.

Thanks,

Dustin Smith
City Administrator
City of Sevierville
865-453-5504

---

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Monday, July 14, 2025 3:10 PM
**To:** Dustin Smith <dsmith@seviervilletn.org>
**Subject:** BMA Meeting Request

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

I hope you're doing well! Please see the following request for the next upcoming meeting. If you don't mind, please respond to this email letting me know you received it. Thanks!

Have a great day,

Stacy Champagne
865-228-9547

Outlook

## BMA Meeting Request

**From** stacy Champagne <stacychampagnetn@gmail.com>
**Date** Mon 7/14/2025 3:09 PM
**To** Dustin Smith <dsmith@seviervilletn.org>

1 attachment (239 KB)
BMA Request.pdf;

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

I hope you're doing well! Please see the following request for the next upcoming meeting. If you don't mind, please respond to this email letting me know you received it. Thanks!

Have a great day,

Stacy Champagne
865-228-9547