# EXHIBIT 9

City Response to Demand dtd 11.19.25

LEWIS THOMASON

**LEWIS THOMASON, P.C.**
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37901
T: (865) 546-4646 F: (865) 523-6529

**M. Edward Owens, Jr.**
DL: (865) 541-5231
eowens@lewisthomason.com

November 19, 2025

***Via U.S. Mail and Email***

Robert F. Croskery, Esq.
Croskery Law Offices
2411 Hatcher Mountain Road
Sevierville, TN 37862

**Re: Jessica Strode Package Store Application**

Dear Mr. Croskery:

I am writing in response to your letter of October 27, 2025, concerning the above-referenced matter. While I will not address every misstatement of fact and error of law contained in your letter, please be advised that the City is confident that it met all legal requirements in issuing the certificate of compliance to the successful applicant. It is my understanding that the applicant now owns the subject property, and that construction of a package store is underway. If your client does file suit, the City will vigorously defend it.

Very truly yours,

M. Edward Owens, Jr.

MEO/jfm

cc: Robert W. Fox *(via email)*
Dustin Smith *(via email)*