# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| Jessica Strode<br>*Plaintiff(s)*<br>v.<br>City of Sevierville, Tennessee<br>*Defendant(s)* | ) | Civil Action No. 3:25-cv-00611 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City of Sevierville, Tennessee
c/o Mayor Robert W. Fox
120 Gary Wade Boulevard
Sevierville, TN 37864

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert F. Croskery
Croskery Law Offices
The Highland Towers No. 2200
1017 Celestial Street
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*