**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **Defendants.** | ) | |

**STIPULATION FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING**

The parties hereby appear, by and through counsel, and announce to this Honorable Court that the Plaintiff agrees to provide the Defendant an extension of time in which to file a responsive pleading to the Plaintiff's Complaint up to and including February 10, 2026, pursuant to E.D.TN. L. R. 12.1(a). The Defendant was served on December 30, 2025. The responsive pleading would therefore be due on February 10, 2026. The parties stipulate to the 21-day extension provided by L. R 12.1(a).

Respectfully submitted this 8th day of January, 2026.

CITY OF SEVIERVILLE, TENNESSEE

By: /s/John T. Batson, Jr., BPR No. 009890
JOHN T. BATSON, JR, BPR NO. 009890
Attorney for Defendant
Watson, Roach, Batson, & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
jbatson@watsonroach.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Robert F. Croskery
Croskery Law Offices
The Highland Towers No. 2200
1017 Celestial Street
Cincinnati, OH 45202

Dated this 8th day of January, 2026.

/s/John T. Batson, Jr., BPR No. 009890
JOHN T. BATSON, JR, BPR NO. 009890
Attorney for Defendant
Watson, Roach, Batson, & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700