# CITY OF SEVIERVILLE

## *CERTIFICATE OF COMPLIANCE*
## RETAIL PACKAGE STORE

This is to certify that,

**KARS, LLC**
**d/b/a The Bottle Shop**
**750 Dolly Parton Pkwy**
**Sevierville, TN 37862**

a store location within the CITY OF SEVIERVILLE, in the COUNTY OF SEVIER, State of Tennessee has made application for a Certificate of Compliance to sell retail alcoholic beverages, pursuant to Tennessee Code Annotated § 57-3-208 and 57-3-213, and that the individual(s),

**Stacy M. Champagne, Managing Member – 25% Interest**
**Harry Richard Lewellyn, Jr., Member – 25% Interest**
**Kirby B. Smith, Member - 25% Interest**
**Robert Alex Davis, Member - 25% Interest**

is in full compliance with the local requirements for such licensure as set forth in T.C.A. § 57-3-208 and 57-3-213:

**1) Specifically, the named individual(s) has provided to the City of Sevierville proof of a background check on the individual(s) who are to be in actual charge of the business, (if a corporation, the executive officers or those in control) showing that all such persons have not been convicted of a felony within a ten-year period preceding the date of this application.**

**2) The applicant(s) has provided documentation establishing that the location of the retail package store complies with all local laws, ordinances, resolutions, and applicable zoning laws in the City of Sevierville.**

**AND**

**3) That the issuance of this license will not exceed the numerical limit for licenses authorized by the City of Sevierville.**

This the 12th day of February, 2024.

EXHIBIT A

By: Robbie Fox

COPY

Robbie Fox, Mayor
CITY OF SEVIERVILLE

Lynn K. McClurg

Lynn K. McClurg
City Recorder