EXHIBIT

B

Search...




Electronic Plan Submittal

**Submit** site plans, building plans or subdivisions.

View Our Zoning Map

View our interactive **zoning map**.

Economic Dashboard

View our **economic dashboard**.

Planning Commission

Information on Sevierville **Planning Commission**.

Start a Short-Term Rental in Sevierville

Learn how to **Start a Short-Term Rental in Sevierville**.


English

# Retail Package Store Online Application Process

***Only applications submitted between 8:00am on December 11, 2023 and 5:00pm on December 29, 2023 will be accepted.***

**Portal Account Setup**

The City of Sevierville accepts all applications via **www.mygovernmentonline.org**. If you need help setting up an account, please call 1-866-957-3764.

Please take the time to download a copy of the **My Government Online Portal Instructions (1.83 MB)**. You may create your free customer portal account by visiting **www.mygovernmentonline.org** and selecting "Create Account" in the upper right corner.

If you need any assistance pertaining to the use of the MyGovernmentOnline software, please call the technical support line at 1-866-957-3764, option 1 for assistance. The agents can assist with any software related questions.

**Application Instructions**

- Login to MyGovernmentOnline with your credentials.
- From the top menu, select "Planning & Zoning" and then "Apply Online".
- Be sure the jurisdiction is set to "Sevierville" and select "Planning and Zoning" from the Project Type drop down menu.
- Click "Next" and then "Get Started on a New Application".
- Select "Retail Package Store Application" from the Application Type drop down and click "Next".
- Physical Address or Location: Enter the address for the proposed store location.
- Applicant's Contact Information: Be sure to click the "Notify" check box next to the email address to receive notifications.
- Owner's Contact Information: Be sure to click the "Notify" check box next to the email address to receive notifications.
- Application Questionnaire: Enter the map/group/parcel number if you have it (required if an address has not been assigned) and check the acknowledgement box.
- File Upload: Upload your documents to the appropriate section. The only documents required in the initial application for the last option related to TABC are the proof of right to possess the premises and copies of government-issued Id's. The remainder of the TABC documents are not required until January 15, 2024.
- Review: On the final screen you will have the option to Save to be completed at a later time or to Submit.
- After submittal, city staff will apply the fee and you will be emailed an invoice. Payments must be paid online.

**Important**

## Planning Deadline

*Items to be considered for action by the Sevierville Planning Commission must be submitted online by 5:00 p.m. 28 days prior to the meeting.*

## Contact Us

**Development Department**

**Corey Divel**
Development Director

**Wendy Toral**
Planner

**Frank Cravens,**
Stormwater Manager

120 Gary Wade Blvd.
Sevierville, TN 37862
Phone: 865.453.5504

## Planning Commission Meetings

Meeting Schedule: First Thursday of each month at 5:00PM at the Sevierville Civic Center in Council Hall.

Please note: submittal and receipt of an application does not constitute verification from the City in any form that the application is complete with the required information. Please review and verify all necessary information and documents have been provided in your application. The City's verification process on the necessary information and conforming criteria will not be completed until after the application period has been closed and the lottery selection process has been completed.



## Department Documents

- **Application to Sell Wine in a Retail Food Store** Popular
- **Approved Tree List** Popular
- **Development Review Guidelines** Popular
- **DHO and HZC Zoning Ordinance References** Popular
- **Downtown Commercial Historic District Design Guidelines** Popular
- **My Government Online Portal Instructions** Popular
- **Parks and Recreation Master Plan** Popular
- **Special Events Ordinance** Popular
- **SR416 Corridor Study Report - Final Draft** Popular
- **Stormwater Ordinance** Popular
- **Subdivision Regulations** Popular
- **TDOT Driveway Access Standards** Popular
- **Zoning Ordinance** Popular

© 2020 - City of Sevierville

City of Sevierville

HOME I WANT TO... RESIDENT BUSINESS VISITOR GOVERNMENT PUBLIC INFO

English

# Retail Package Store Certificate of Compliance Application

## The application period has closed and will not be reopened at this time.

Lottery Drawing Results (110 KB)

Ordinance O-2023-015 Retail Package Stores (431 KB)

Resolution R-2023-014 Retail Package Stores (106 KB)

Application for Download (321 KB)

Map of Retail Package Store Zones

Retail stores that desire to obtain a "Retail Package Store License" issued by the Tennessee Alcoholic Beverage Commission (TABC) must first obtain a "City of Sevierville Certificate of Compliance" which is required by Tennessee Code Annotated § 57-3-208. Applicants for this Certificate of Compliance should review the following instructions and procedures:

1. A Certificate of Compliance shall be issued solely to the applicant, whether a person, firm, corporation, joint-stock company, syndicate, or association.

2. An application for a certificate of compliance must be completed on behalf of all of the owner(s) of the applicant. Part One of the application must identify every person having an interest, direct or indirect, in the retail package store as an owner, partner, stockholder, or otherwise. In the event that a corporation, partnership, limited liability company, or other legally recognized entity is an applicant or member of the applicant group, each person with an interest must be disclosed and must provide the information on the application provided by the City.

3. Part Two of the application should be filled out by all individuals identified in Part One and all are required to obtain a criminal background check, described below.

4. Upon submission of the application, the applicant must provide the City with a copy of a background check for each applicant or member of the applicant group using a multistate criminal records locator or other, similar commercial nationwide database with validation. The background check must cover a ten-year period immediately preceding the date of the application. Said background check shall be completed within 30 days preceding the applicant's application for a certificate. **https://www.tn.gov/tbi/article/background-checks**. Be sure to select the Nationwide option.

5. A certificate of compliance is valid only for the applicant or applicant group and cannot be transferred or sold to another person or group.

6. Before an applicant's application for certificate will be authorized, the completed application must include the following:

    a. Part One and Part Two of the Application for Certificate of Compliance completed, signed by the applicant(s), and notarized.
    b. A certified copy of a nationwide background check for each individual listed on the application as being the applicant or member of the applicant group.
    c. An electronic copy of a site plan showing the following: the shape, size, and location of the lot which the retail package store is to be operated; the shape, size, height, and location of all buildings; and the off-street parking space and off-street loading and unloading space to be provided including the vehicular access to be provided from these areas to a public street.
    d. A floor plan indicating the square footage of the proposed store and areas to be used for retail sales and storage, ingress/egress locations, and location of windows.
    e. In lieu of providing copies of information provided to TABC, the applicant shall provide the following information in the initial application:

        - Proof of right to possess of the premises.
        - Government-issued ID, as required, by each owner regardless of percentage ownership.

**The following information must be submitted prior to January 15, 2024:**

- Personal financial statement for each owner.
- Credit check for each owner.
- Previous two (2) years of tax returns for each owner.
- Previous three (3) months of bank statements for each owner.

f. In order to determine if the location is appropriately zoned, please ensure the address and/or map, group and parcel number provided is the physical address of the establishment.

7. A fifteen hundred ($1,500.00) dollar non-refundable fee per application must be paid when invoiced.

8. *The application period has closed.*

For questions, please email **retailpackagestore@seviervilletn.org**




This map is for reference purposes only. The sole purpose is to assist in the determination of which zone an application is being submitted for and is not a representation of eligible properties.

**Map of Retail Package Store Zones**

© 2020 - City of Sevierville

Back to Top