BK/PG: 6463/120-121
24004075
2 PGS : MEMORANDUM
BATCH: 678958
02/16/2024 - 12:25 PM

| | |
|---|---|
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 10.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 12.00 |

STATE OF TENNESSEE, SEVIER COUNTY
CYNDI B PICKEL
REGISTER OF DEEDS

Prepared by and When Recorded Return to:
Adams and Reese LLP
c/o Eric Evans
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203

SPACE AB

# MEMORANDUM OF LEASED PREMISES

Name of Property Owner: **Whaley Property, Inc.**

Name of Landlord: **Rocky Top Ford Lincoln, LLC**

Name of Tenant: **KARS, LLC d/b/a The Bottle Shop**

Description of Demised Premises: that certain real property located in the fifth civil district of Sevier county, Tennessee, having an address of 750 Dolly Parton Parkway, Sevierville, Tennessee 37862, being designated by the Sevier County Property Assessor as Tax Parcel 029.00 (Crtl Map 049L, Group A) and Tax Parcel 011.00 (Crtl Map 049L, Group A), with a more particular description being found in Warranty Deed Book 264, Page 673, Register's Office, Sevier County, Tennessee, **as modified by that description of "New Lease Line" in the boundary designation attached hereto as Exhibit A.**

Signatory Authority: Tenant hereby represents and warrants that it has full right and authority to execute this Memorandum.

IN WITNESS WHEREOF, Tenant has caused this Memorandum of Lease to be duly executed on or as of February 16, 2024.

**KARS, LLC d/b/a The Bottle Shop**
a Tennessee limited liability company

Stacy M. Champagne
By: Stacy Champagne
Its: Authorized Signor

STATE OF TENNESSEE )
COUNTY OF Sevier )

Personally appeared before me, the undersigned, a Notary Public of said county and state, Stacy Champagne, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who acknowledged that she executed the within instrument for the purposes therein contained, and who further acknowledged that she is authorized to execute this instrument.

Witness my hand, at office, this 16 day of February, 2024.

Blake Cole
Notary Public
My Commission Expires: 4/25/27

BLAKE COLE STATE OF TENNESSEE NOTARY PUBLIC SEVIER COUNTY

EXHIBIT
tabbies
D

# Exhibit A




## PROPOSED LIQUOR STORE LOCATION

750 DOLLY PARTON PARKWAY




Exhibit A




# PROPOSED LIQUOR STORE LOCATION

750 DOLLY PARTON PARKWAY

0 40' 80' 160'


the Bottle Shop
CRAFT BEER
MOONSHINE
LIQUOR
FINE WINES
25'
TROTTER
ARCHITECTS
DE FOE