PREPARED BY:
Tennessee Land Title
1620 Newport Highway
Sevierville, TN 37876
(865)453-1478

# GENERAL WARRANTY DEED

Map 049L and 049L, G A, P 029.00 and 011.00 20250834-SG
S _X_ PO ___

Person or agency responsible for payment of taxes:

Name: Robert Henderson Development 1, LLC

Address: 2656 Douglas Dam Rd, Sevierville, TN 37876

**FORM FOR OATH:**

I/We, hereby swear or affirm that the actual consideration for this transfer, or value of the property of interest in property transferred, whichever is greater, is $1,500,000.00, which amount is equal to or greater than the amount which the property or interest in property transferred would command at a fair and voluntary sale.

[signature]

Subscribed and sworn to before me, this 23rd day of July, 2025.

[signature]

Notary Public MCE: 6/30/26

DEVIN J. KOESTER STATE OF TENNESSEE NOTARY PUBLIC SEVIER COUNTY

Sevier County Tennessee, Cyndi Pickel , Register
RECEIPT #: 731922 INSTRUMENT #: 25020004

| | | | |
|---|---|---|---|
| CONSIDERATION: | 1500000.00 | EDP FEE: | 2.00 |
| MORTGAGE TAX: | 0.00 | REGISTER FEE: | 1.00 |
| TRANSFER TAX: | 5550.00 | OTHER FEES: | 0.00 |
| RECORDING FEE: | 15.00 | TOTAL AMOUNT: | 5568.00 |

WARRANTY DEED 7/24/2025 at 12:53PM
Book 6751 Page 367-369

**THIS DEED** made and entered into this 23rd day of July, 2025 by and between

**Betty M. Ogle, widow**

known hereinafter as First Party (Grantor), and

**Robert Henderson Development 1, LLC, a Tennessee Limited Liability Company**

known hereinafter as Second Party (Grantee)

**WITNESSETH**

That for and in consideration of **ONE DOLLAR AND OTHER GOOD AND VALUABLE CONSIDERATION** in hand paid, the receipt of which is hereby acknowledged

The First Party has granted, bargained, sold and conveyed and does hereby grant, bargain, sell and convey unto the Second Party, the following described premises, to wit:

**SITUATE** in the Fifth (5th) Civil District of Sevier County, Tennessee, on the north side of Tenenssee Highway No. 35, U.S. Highway 411, and described as follows:

EXHIBIT F

**BEGINNING** at an iron pin in the northern edge of the right of way line of U.S. Highway No. 411, a corner to the lands of Mullendore (now Henderson), and on the southwest corner of the tract herein conveyed; thence from the POINT OF BEGINNING, North 26 deg. 09 min. East 1,092.00 feet, passing an iron pin at the south edge of Henderson Road at 1,032.00, feet to an iron pin on the south bank of the East fork of the Little Pigeon River; thence up the river as it meanders, South 64 deg. 09 min. East 167.10 feet to an iron pin, a corner to Wallace Henderson; thence South 26 deg. 02 min. West passing an iron pin at the south edge of Henderson Road at 54.00 feet, 1,057.00 feet to an iron pin in the north right of way line for U.S. Highway No. 411; thence with said right of way line, North 74 deg. 02 min. West 170.50 feet to the Beginning.

**ALSO SUBJECT TO** any and all applicable restrictions, easements and building setback lines as are shown in the records of the said Register's Office.

**BEING** the same property conveyed to Ronald W. Ogle and wife, Betty M. Ogle by Warranty Deed of Whaley Properties, Inc., a Tennessee Corporation dated April 12, 2024 of record in Book 6493, Page 376 in the Register's Office for Sevier County, Tennessee.

The undersigned, by execution of this instrument, makes oath that the said Ronald W. Ogle died on or about the 4th day of May, 2025; that Ronald W. Ogle and Betty M. Ogle were husband and wife at the time of his death; that there were no divorces or intervening marriages between them, and that Betty M. Ogle is the surviving tenant by the entireties.

By accepting this instrument, the Grantee represents and warrants that it has conducted its own due diligence with regard to the Real Property and that it has not relied on any statement or action made by the Grantor. Without limiting the foregoing, THE GRANTOR DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ADDITIONALLY, THE GRANTOR DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES AS TO THE ABSENCE OR PRESENCE ON OR UNDER THE REAL PROPERTY OF HAZARDOUS SUBSTANCES AS DEFINED BY ANY ENVIRONMENTAL LAWS, INCLUDING WITHOUT LIMITATION THE COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION, AND LIABILITY ACT ("CERCLA") OR SIMILAR FEDERAL OR STATE LEGISLATION (COLLECTIVELY, THE "ENVIRONMENTAL LAWS"). The Grantee hereby accepts the Real Property "AS IS WHERE IS WITH ALL FAULTS" subject to any problems arising in connection with the Real Property, including without limitation problems arising out of or in connection with deterioration of any improvements thereon, violations of the Environmental Laws, and potential flood hazards. By accepting this instrument, the Grantee agrees to indemnify and hold the Grantor harmless from any and all costs, expenses, and liability, including without limitation attorney fees, arising out of or in connection with any of the foregoing.

**TO HAVE AND TO HOLD** the said premises to the said Second Party their heirs and assigns, forever.

And the said First Party for Grantor and for Grantor's Heirs, Executors and Administrators hereby covenants with Second Party, their heirs and assigns, that First Party is lawfully seized in fee simple of the premises above conveyed, has full power, right and authority to convey the same, that said premises are free from all encumbrances, except as stated hereinabove, and that First Party will forever warrant and defend the said premises and the title thereto against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF**, First Party has hereunto set Grantor's hand(s), this day and year first hereinabove written.

Betty M. Ogle by Steve Madison
Betty M. Ogle by Steve Madison
as Attorney in Fact
Attorney in Fact

STATE OF TENNESSEE
COUNTY OF SEVIER

Personally appeared before me, Steve Madison, with whom I am personally acquainted, and who acknowledged that he executed the foregoing instrument for the purposes therein contained, and who further acknowledged that he is the Attorney-in-Fact for Betty M. Ogle the maker, and is authorized by the maker to execute this instrument on behalf of the maker by Power of Attorney of record in Book 6528, Page 1, in the said Register's Office.

Witness my hand and seal this 23rd day of July, 2025

Notary Public

My Comm. Expires: 6/30/26

DEVIN J. KOESTER
STATE OF TENNESSEE NOTARY PUBLIC
SEVIER COUNTY