**ADDENDUM TO THE BOARD AGENDA – AUGUST 4, 2025**

**H. NEW BUSINESS**

12. Consider approval of **extension request for Retail Package Store** – KARS, LLC – Zone 3- *Dustin Smith*

EXHIBIT
tabbies
H
COLLECTIVE

City of Sevierville

## Board Memorandum

**DATE:** **August 4, 2025**

**AGENDA ITEM:** **Consider extension request for Retail Package Store – KARS, LLC – Zone 3**

**PRESENTATION:** Per Ordinance O-2023-015 Section 8-315 "Any applicant or applicant group who has obtained a certificate of compliance as provided herein must, unless an extension is granted by the Board of Mayor and Alderman within twelve months open a retail package store in the city of said certificate will be revoked by the passage of this amount of time and a certification thereof will be sent to the Tennessee Alcoholic Beverage Commission." The twelve-month expiration period for all approved applicants expires on February 12, 2026, per the previously granted extension. This is a request for an extension of an additional twelve-month time frame for the retail package store certificate of compliance issued to Zone 3 located on Dolly Parton Parkway. A letter of request is attached. A resolution has been reached and KARS, LLC is now owner of the property in question.

**REQUESTED ACTION:** **The pleasure of the Board.**

July 11, 2025

City of Sevierville
Board of Mayor and Aldermen

**RE: Agenda Item for Consideration at the Next Upcoming Meeting**

KARS, LLC respectfully submits a request for an extension of time to complete the build-out at the licensed location of 750 Dolly Parton Parkway. KARS, LLC is requesting a 12-month extension beyond the currently allotted timeframe. As this board is aware, KARS, LLC has encountered unforeseen impediments that have hindered its progress which we have diligently continued to work through. However, as we submit this request, we believe that a resolution is imminent allowing our progress to continue pursuant to the approval of this request. Thank you for your time and consideration.

Sincerely,

Stacy Champagne
KARS, LLC Mbr

**BOARD OF MAYOR AND ALDERMEN**
**CITY OF SEVIERVILLE, TENNESSEE**
**August 4, 2025**

A regular meeting of the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, was held at the Sevierville Civic Center, 130 Gary Wade Boulevard, Sevierville, Tennessee, on August 4, 2025 at 6:00 PM.

**Present and participating at the meeting:**
Robbie Fox, Mayor
Wayne Helton, Alderman
Devin Koester, Alderman
Travis L. McCroskey, Alderman
Joey Ohman, Alderman
Mitch Rader, Vice Mayor

**Senior Staff present:**
Tracy Baker, Assistant City Administrator
Corey Divel, Development Director
Matt Henderson, Fire Chief
Keith Malone, Water & Sewer Director
Joseph Manning, Police Chief
Lynn McClurg, Chief Financial Officer/City Recorder
Martha Norris, Convention Center Director
Patrick Oxley, Parks & Recreation Director
Bob Parker, Golf Director
Dustin Smith, City Administrator
Doug Tarwater, Public Works Director

Mayor Fox chaired the meeting with Lynn K. McClurg as secretary of the meeting. A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the minutes of the July 21, 2025 meeting and to dispense with the reading. Motion carried.

**PUBLIC FORUM**
Mayor Fox opened the public forum section of the meeting. There being no comments, the public forum was closed.

**REPORTS & COMMUNICATIONS**
The Board noted the following community events:

| | | | |
|---|---|---|---|
| 1. | Coffee Talk | August 19th | Civic Center |
| 2. | Chamber of Commerce Banquet | August 26th | Convention Center |

Mayor Fox recognized Holly Jones, who reviewed successful FY2025 grants.

**NEW BUSINESS**
Mayor Fox recognized Dustin Smith, who presented and placed for passage a Resolution R2025-010 Consenting to the Industrial Development Board of the City of Sevierville, Tennessee, Negotiating and Accepting Payments in Lieu of Ad Valorem Tax with Respect to a Certain Project in the City of Sevierville, Tennessee, and Finding that Such Payments are Deemed to be in Furtherance of the Public Purposes of the Board as Defined in Tennessee Code Annotated Section 7-53-305. Smith detailed that the proposed project is an attainable housing project by Olympus Development Company and will contain 288 apartment units at the corner of London Lane and Veterans Boulevard. A motion was made by Alderman McCroskey and seconded by Vice Mayor Rader to approve the resolution as presented. Motion carried.

Mayor Fox recognized Holly Jones, who requested approval to apply for the following:

- Leary Firefighters Foundation grant for vehicle extrication equipment, $24,966.00; Foundation to purchase equipment and donate;
- Amended Tennessee School Resource Officer grant, now for $675,000.00 (nine officers); amended SCBOE MOU, updated for additional school;
- TDEC State Water Infrastructure (SWIG) Asset Management Plan (AMP) grant; up to $250,000.00 with 25% match;
- Spirit of Blue Foundation grant to fund first aid kits; $8,700.00 with no match;
- Blue Cross Blue Shield Healthy Places grant for playground equipment; 100% of equipment funded with no match; signage requirements;
- Public Entity Partners Property Conservation grant for securities cameras; up to $5,000.00 with 50% match.

A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the grant applications as presented and to specifically approve the verbiage associated with the Public Entity Partners grant. Motion carried.

Mayor Fox recognized Matt Henderson, who requested approval of annual uniform purchases from various low quote qualified vendors in amounts not to exceed the total uniform budget. A motion was made by Vice Mayor Rader and seconded by Alderman McCroskey to approve purchases as requested. Motion carried.

Mayor Fox recognized Matt Henderson, who requested approval of the following Fire Department expenditures:

| | | | |
|---|---|---|---|
| • Replacement SCBA Air Bottles | MES | $29,300.00 | Sourcewell #0111824 |
| • Paramedic Courses | Walters State | As budgeted | Prof. services |
| • Firefighter Training | TFACA | As budgeted | Prof. services |

A motion was made by Alderman McCroskey and seconded by Vice Mayor Rader to approve the expenditures as requested. Motion carried.

Mayor Fox recognized Bob Parker, who requested approval of an expenditure for greens aerification with sole source DryJect provider Tennessee Turf Services in the amount of $13,186.00. A motion was made by Alderman Koester and seconded by Alderman Helton to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Joe Manning, who requested approval of the installation of sixty (60) Axon in-car cameras by Dana Safety Supply in amount of $33,000.00 under state contract SWC202-83196. Manning noted that Dana Safety Supply is a certified Axon installer. A motion was made by Alderman Helton and seconded by Alderman McCroskey to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Joe Manning, who requested approval of the purchase of 46 Panasonic Toughbook docking stations for patrol vehicles from Dana Safety Supply in the amount of $31,600.00 under state contract SWC202-83196. A motion was made by Vice Mayor Rader and seconded by Alderman Ohman to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Patrick Oxley, who requested approval of a contract for the City Park Improvement project with low qualified bidder C. Laney & Sons in the amount of $13,570,818.00. Oxley detailed the engineered plan includes five new artificial turf fields, a new concessions stand, a new pavilion and various utility improvements. A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the contract as presented. Motion carried.

Mayor Fox recognized Patrick Oxley, who requested approval of an agreement with the Sevier Aquatic Club for use of City aquatic facilities for the 2025/2026 school year. A motion was made by Vice Mayor Rader and seconded by Alderman McCroskey to approve the agreement as presented. Motion carried.

Mayor Fox recognized Doug Tarwater, who requested approval of an addition to the previously awarded Street Paving contract with Charles Blalock & Sons. Tarwater noted that the addition of 411-D mix asphalt will allow City crews to pick up the item and pave the asphalt inhouse, thus reducing the cost. A motion was made by Alderman Helton and seconded by Alderman McCroskey to approve request as presented. Motion carried.

Mayor Fox recognized Keith Malone, who requested approval of a contract with proprietary vendor 120 Water for software to enable lead and copper inventory, testing and sample tracking in the total amount of $49,017.70 payable over two years ($26,017.70, $23,000.00). A motion was made by Alderman Ohman and seconded by Alderman Koester to approve the purchase as presented. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf of KARS, LLC for a second twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 3 on February 12, 2024. The request detailed that previous property acquisition challenges have been resolved. A motion was made by Alderman McCroskey and seconded by Alderman Ohman to extend the allowable period for opening the retail package store to February 12, 2027. Motion carried.

There being no further business to discuss, the meeting adjourned at 6:23 PM.

Approved: Robbie Fox
Robbie Fox, Mayor

Attest: Lynn K. McClurg
Lynn K. McClurg, City Recorder