**RESOLUTION R-2023-014**

**A RESOLUTION ADOPTING PROCEDURES FOR APPROVING AN APPLICATION AND SELECTION PROCESS FOR CERTIFICATES OF COMPLIANCE FOR RETAIL PACKAGE STORES IN THE CITY OF SEVIERVILLE**

***WHEREAS***, voters in the May 2023 Sevierville Municipal Election voted to allow retail package stores within the corporate limits of the City; and

***WHEREAS***, the Board of Mayor and Aldermen adopted Ordinance O-2023-015 adding Chapter 3, "Retail Package Stores" to Title 8 of the Sevierville Municipal Code ; and

***WHEREAS***, Section 8-314 of the code states that the board, by resolution, will determine the process of selecting applicatns;

**NOW, THEREFORE, BE IT RESOLVED** by the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, that the "Application and Selection" process set forth as Exhibit A to this resolution, shall be adopted and meets the requirements of SMC 8-314:

This resolution is hereby adopted on the 20th day of November, 2023.

APPROVED: [signature]
Robbie Fox, Mayor

ATTEST:

[signature]
Lynn McClurg, City Recorder

EXHIBIT
I

Exhibit A

Retail Package Stores

Application and Selection Process

November 20, 2023

- Limit to 5 stores.

- 5 geographic areas – no more than one store per zone
  - Zone 1 – SR 66 from north city limits to French Broad River
  - Zone 2 – SR 66 from French Broad River to US 411/SR 35 and Forks of the River Parkway to US 441/SR 71
  - Zone 3 – SR 35 from west city limits to east city limits
  - Zone 4 – Veterans Hwy (SR 449) from SR 35 to city limits and Collier Drive
  - Zone 5 – US 441/SR 71 from Forks of the River Parkway to south city limits

- Additional limitations
  - Applicants or applicant groups may only apply for one store on one site in one zone. (One bite at the apple.)
  - Not more than one application will be considered for any piece of property. Should more than one application be received for a particular piece of property, all applications utilizing that piece of property will be disqualified.

- Application process
  - Initial applications will be received from 8:00 AM December 11, 2023, through 5:00 PM December 29, 2023.
  - All applications will be submitted electronically through a portal provided by the City. www.seviervilletn.org/retailpackagestore.org
  - Applications will be electronically postmarked by the time of receipt.
  - No application will be considered complete until all required information has been submitted and the application fee been paid.
  - Incomplete applications shall be rejected.

- Lottery
  - Should more than one application be received for a zone, the city recorder, or other disinterested third-party as designated by the Board, shall conduct a lottery for such Zone. The first application selected shall be designated No.1 and the process shall continue until all applications for that zone have been selected and numbered. (1 through X)
  - Should a lottery be required, it shall be held on January 8, 2024, at 2:00 PM in Council Chambers at the Sevierville Civic Center.
  - Once an applicant for a license in a particular zone has been approved for a certificate of compliance, no other application will be considered for that zone.

- Staff review
    - Each application shall be reviewed for completeness and compliance with a requirements set forth in the ordinance.
    - Staff will review each application to assure that all forms are complete and that the proposed store location and layout meet all the requirements of the ordinance.
    - Applications that meet all the requirements will be recommended to the Board of Mayor & Aldermen for approval.

- Certificates of compliance
    - No more than 5 certificates of compliance will be issued.
    - No more than one certificate of compliance will be issued for each zone.
    - Certificates of compliance will be approved by the Board of Mayor & Aldermen in a regular meeting of the Board or a special meeting called for that purpose.