**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **Defendant.** | ) | |

**JOINT RULE 26(f) PLANNING REPORT AND DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Robert F. Croskery, counsel for Plaintiff, Jessica Strode (hereinafter the "Plaintiff"), and John T. Batson, Jr., counsel for Defendant City of Sevierville, Tennessee (hereinafter the "Defendant"), held a discovery planning conference on February 17, 2026. Pursuant to this conference, counsel for Plaintiff and counsel for the Defendant jointly file the following report:

1. At the time of the Fed. R. Civ. P. 26(f) conference, counsel for the parties considered the nature and basis of Plaintiff's claims and Defendant's defenses and the possibilities for promptly settling or resolving the case; made or arranged for the disclosures required by Rule 26(a)(1); discussed any issues about preserving discoverable information; and developed a proposed discovery plan.

2. Rule 26(a)(1) disclosures will be exchanged no later than April 15, 2026.

3. After each party has been given a reasonable opportunity to exchange a first set of interrogatories and request for production of documents, and the opposing party has been permitted the time provided under the Rules of Civil Procedure to respond, the parties agree to work diligently to schedule discovery depositions on mutually agreeable dates. At present, the parties

anticipate taking the depositions of individuals identified in the parties' initial disclosures and discovery responses to be served consistent with the agreement contained herein. The parties reserve the right to take depositions of different witnesses than those identified above as discovery progresses.

4. Counsel for the parties have agreed they will not make any "speaking" objections during the course of depositions. Respective counsel will simply note any objection and the reason for that objection succinctly on the record, while refraining from making any statements that could reasonably be calculated to suggest an answer to the testifying witness.

5. Counsel for all parties will need to conduct discovery on the issues raised in the Complaint and the defenses contained in Defendant's Answer.

6. As to the disclosure, discovery or preservation of electronically stored information, counsel for the parties agrees to undertake reasonable measures to preserve the same. The parties further agreed they will mutually and diligently work together regarding any future electronic discovery if or when such issues may arise. The parties do not anticipate any unusual issues regarding electronic discovery.

7. With regard to claims of privilege or protection of trial-preparation materials, the parties do not anticipate any issues at this time.

8. There is no need for an expedited discovery schedule at this time.

9. The parties agreed that they do not need to conduct discovery in phases, nor does this Court need to make any other limitations on discovery outside of those limitations set forth in the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Eastern District of Tennessee.

10. The parties will proceed with discovery in accordance with the Fed. R. Civ. P. 26 and the Scheduling Order to be entered in this case.

11. Counsel for all parties will speak with their respective clients regarding the possibility of settlement and the possibility of mediation after conducting additional discovery.

12. The parties do not consent to the exercise of jurisdiction by magistrate judge.

13. The parties agree to accept service of all pleadings, including written discovery electronically.

14. Counsel for the parties hereby certify in good faith, to the best of their knowledge at the present time, this case should be ready for trial by October 2027. The parties believe the trial will take approximately two (2) to three (3) days.

RESPECTFULY SUBMITTED this 18th day of February, 2026.

/s/Robert F. Croskery *w/permission*
ROBERT F. CROSKERY, BPR NO. 040689
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers No. 2200
1017 Celestial Street
Cincinnati, OH 45202
513-232-5297
rcroskery@croskerylaw.com

/s/John T. Batson, Jr.
JOHN T. BATSON, JR, BPR NO. 009890
Attorney for Defendant
Watson, Roach, Batson, & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
jbatson@watsonroach.com