**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** <br> **Plaintiff,** | : | **3:25-CV-0611** |
| | : | |
| **v.** | | |
| | : | |
| **CITY OF SEVIERVILLE, TENNESSEE** <br> **Defendant.** | : | |

**NOTICE OF PROVISION OF PLAINTIFF'S RULE 26 DISCLOSURES TO DEFENDANT**

Plaintiff Jessica Strode, through counsel, hereby gives notice to the Court that she has, through counsel, provided her initial Rule 26 Disclosures to the Defendant counsel this 7th Day of April, 2026, by email to jbatson@watsonroach.com.

Respectfully Submitted,

*s/ Robert F. Croskery*
Robert F. Croskery
Attorney for Plaintiff
Tenn Bar No. 040689
Croskery Law Offices
1071 Celestial Street No. 2200
Cincinnati, OH 45202

**CERTIFICATE OF SERVICE**

The instant notice was served on Defendant this 7th Day of April, 2026, by email to Defendant Counsel, John T. Batson, Esq. At jbatson@watsonroach.com.

*s/ Robert F. Croskery*
Robert F. Croskery
Attorney for Plaintiff