**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)**

| | |
|---|---|
| **JESSICA STRODE**<br>**Plaintiff,** | **: CASE NO. 3:25-cv-00611-KAC-DCP** |
| **v.** | **: NOTICE OF FILING OF FIRST AND SECOND AFFIDAVITS**<br>**: OF JESSICA STRODE** |
| **CITY OF SEVIERVILLE,**<br>**Defendant** | **:** |

Plaintiff Jessica Strode, by counsel, hereby files the following affidavits and supporting exhibits for inclusion in the record and in support of Plaintiff's pending request for preliminary and permanent injunctive relief:

1. Affidavit of Jessica Strode, dated December 18, 2025;
2. Second Affidavit of Jessica Strode, dated June 10, 2026;
3. Exhibit A to the Second Affidavit;
4. Exhibit B to the Second Affidavit; and
5. Exhibit C to the Second Affidavit.

The Second Affidavit addresses developments occurring after execution of Plaintiff's original affidavit, including facts revealed through discovery, subsequent actions taken by Defendant, and the current status of construction relevant to Plaintiff's request for injunctive relief.

Respectfully submitted,

/s/ *Robert F. Croskery*
Robert F. Croskery (Tenn Bar #040689)
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
Cincinnati, Ohio 45202
(513)232-5297
rcroskery@croskerylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I placed the foregoing on the Court's electronic server for service through ECF to all parties of record this 9th day of July, 2026.

Respectfully submitted,

*/s/ Robert F. Croskery*

Robert F. Croskery
**Attorney for Plaintiff**