**AFFIDAVIT OF JESSICA STRODE IN SUPPORT OF MOTIONS FOR PRELIMINARY AND PERMANENT INJUNCTION AGAINST THE CITY OF SEVIERVILLE, TENNESSEE**

I, Jessica Strode, declare as follows, under oath, of my own personal knowledge:

1. I am the Plaintiff in an action against the City of Sevierville.
2. I was a qualified applicant for a retail package store certificate of compliance under Sevierville Ordinance No. O-2023-015 and was designated Applicant No. 5.
3. Applicants Nos. 2, 3, and 4 were disqualified, leaving me as the only remaining qualified applicant other than Applicant No. 1, a fact I learned from the City in late September, 2025.
4. After learning that Applicant No. 1 had lost lawful control of the approved site and failed to open within the time required by the Ordinance, I reasonably believed the City would correct its error once informed.
5. After learning that Applicant No. 1 had lost lawful control of the approved site and had not opened within the time required by the Ordinance, I caused the City of Sevierville to be notified in writing of these facts in October, 2025 and requested that the City enforce its ordinance and correct the error.
6. In reliance on the Ordinance and the City's duty to enforce it, I undertook the following actions:
   - Completed management coursework related to owning and operating a liquor store;
   - Formed The Local Package, LLC, for the purpose of owning and operating a retail package store under my license;
   - Solicited bids for signage and renovations;
   - Interviewed potential employees; and
   - Directed the construction company that I hired that to design the original site plans to revise the plans to convert the proposed location into a compliant package store to add storage, improve access and ease of flow in light of what should now have been the successful bid.
7. The actions noted in the foregoing paragraph required time, effort, and financial expense and were undertaken in good faith reliance on the City's representations and legal obligations.
8. If the City is permitted to continue allowing Applicant No. 1 to proceed under an expired certificate, I will continue to suffer irreparable harm, including loss of a unique business opportunity and continued exclusion from the market.
9. Monetary damages alone cannot adequately compensate for these harms.

Further affiant sayeth not:

I declare under penalty of perjury that the foregoing is true and correct.

Jessica Strode

Jessica Strode

Sworn and subscribed before me this 18 day of December, 2025 in Sevier County, Tennessee.

ANGEL BLOODWORTH STATE OF TENNESSEE NOTARY PUBLIC SEVIER COUNTY

Angel Bloodworth

Notary Public

Exp: April 22 2029