Robert F. Croskery 040689
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)

**JESSICA STRODE**
**Plaintiff,**

**v.**

**CITY OF SEVIERVILLE,**
**Defendant**

**: CASE NO. 3:25-cv-00611-KAC-DCP**

**: SECOND AFFIDAVIT OF JESSICA STRODE IN SUPPORT OF ENJOINING DEFENDANT DEFENDANT FROM LICENSING AND PERMITTING THE OPENING OF ANY OTHER LIQUOR STORE IN DISTRICT 3 OF THE CITY OF SEVIERVILLE DURING THE DURATION OF THE INSTANT LITIGATION UNDER F.R.C.P. 65**

1. I Jessica Strode, the Plaintiff in the above captioned litigation, hereby state, of my own personal knowledge, the supplemental facts in the succeeding paragraphs as factual support for my motion seeking to enjoin the City of Sevierville from granting a license to operate and permitting the opening of any other liquor store applicant other than me during the pendency of this litigation.

2. The governing body of the City of Sevierville has rejected, the idea of granting an additional license to me. See exhibit A.

3. The "winning" Applicant referenced in the Complaint as not having unbroken control of the property (having lost legal control by its own admission) has recently started to pour footers for the purpose of opening a liquor store.

4. Attached as Exhibit B are the plans for the liquor store as filed.

5. Attached as Exhibit C are minutes of a City resolution on January 17, 2026 clearly showing the City's intent to eliminate the Plaintiff's rights as determined under the original ordinance voted upon post facto by changing the word "selected" to "received" without due process to the Plaintiff or the right of a hearing.

6. Attached as Exhibit C is a copy of a resolution adopted by the City of Sevierville on which also purports to overule parts of the original ordinance adopted by the voters by eliminating Plaintiff's vested rights without due process of law; and also outlined the expiration of the extension of the successful (but unqualified) applicant to February 12, 2026, a date now passed.

Further affiant sayeth not.

Jessica Strode
________________________
Jessica Strode

Sworn and subscribed before me, this 10th day of June, 2026 in Sevier County, Tennessee.

Austin Willis
________________________
Notary Public

AUSTIN WILLIS
STATE OF TENNESSEE NOTARY PUBLIC
SEVIER COUNTY

John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Yasmine Ly Parker
Elise M. DeNicola

WATSON ROACH
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)
Jon G. Roach, Of Counsel

Also Member:
* Illinois Bar

February 10, 2026

***VIA E- MAIL AND U.S. MAIL (rcroskery@croskerylaw.com)***
Robert F. Croskery
Croskery Law Office
The Highland Towers, No. 2200
1017 Celestial Street
Cincinnati, OH 45202

Re: *Jessica Strode v. City of Sevierville*
United States District Court for the Eastern District of Tennessee No. 3:25-CV-00611

Dear Robert:

I was very sorry to hear about the passing of your father. Please accept my sincere condolences.

My client cannot agree and respectfully declines your client's proposal to resolve this case by authorizing an additional certificate of compliance to her. Such a resolution would create a much larger problem for the City.

As you know, on February 5, 2026, District Judge Katherine Crytzer ordered that the parties confer concerning consent to proceed before a magistrate judge. My client is not agreeable to consent to a magistrate judge, and I will be pleased to submit for filing the attached consent form indicating that the parties do not consent to a magistrate judge if you will authorize me to do so.

Additionally, on February 9, 2026, Judge Crytzer entered another Order requiring the parties to confer and jointly submit a Rule 26(f) report by February 23, 2026. I am not available the remainder of this week, but my schedule is very flexible the week of February 16. After you have had an opportunity to review this letter, please email me dates and times you are available next week for us to talk about the Rule 26(f) report.

Exhibit A to

I look forward to hearing from you soon. And, again, I am very sorry for your loss.

With best regards, I remain -

Very truly yours,

John T. Batson, Jr.

John T. Batson, Jr.

JTBjr:klw

Enclosure

A-2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **Defendant.** | ) | |

## NOTICE OF CONSENT / NON-CONSENT TO MAGISTRATE

All parties to the above-captioned civil matter **SHALL** select one of the following two options and, as soon as practicable, file a single joint copy of this consent form with the Court.

☐ In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties to this action hereby **consent** to have a United States magistrate judge conduct all further proceedings in the above-captioned civil matter, including trial and entry of final judgment.

Pursuant to 28 U.S.C. § 636(c)(3), any appeal from a judgment of the presiding magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court.

☑ The parties **do not consent** to proceed before a magistrate judge.

---

Complete this section only if all parties have consented to proceed before a magistrate judge.

**If all parties to this action consent to proceed before a magistrate judge, each party must provide a representative signature below** ***(electronic signatures and signatures by permission are acceptable):***

| *Parties' printed names* | *Signature of parties/attorneys* | *Date* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

*(If necessary, include all additional parties on a separate sheet.)*

A-3

*Do not complete this section – Court use only.*

**ORDER OF REFERRAL**

The Court **REFERS** this case to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SO ORDERED** this_____day of__________________, 2026.

______________________________________
UNITED STATES DISTRICT COURT JUDGE



A-4






Exhibit B to Affidavit
of STRODE 10 JUN 26



B-1


JESS'S PACKAGE
RIGHT SIDE ELEVATION
FRONT ELEVATION
UPPER LEVEL
MAIN LEVEL
SQUARE FOOTAGE
BUSINESS OFFICE
STORAGE
REST ROOM
MECHANICAL EQUIPMENT AREA
GENERAL MERCHANDISE
PRIMARY PRODUCT DISPLAY
FIXED PRODUCT DISPLAY @ PERIMETER
EXIT
DOWN
UP
PLANS



B-2

**RESOLUTION R-2025-002**

**RESOLUTION TO AMEND RESOLUTION NO. R-2023-014 TO CLARIFY THE INTENT REGARDING ISSUANCE OF CERTIFICATES OF COMPLIANCE FOR RETAIL PACKAGE STORES**

**WHEREAS,** Resolution No. R-2023-014, titled A RESOLTUION ADOPTING PROCEDURES FOR APPROVING AN APPLICATION AND SELECTION PROCESS FOR CERTIFICATES OF COMPLIANCE FOR RETAIL PACKAGE STORES IN THE CITY OF SEVIERVILLE, was adopted by the Board of Mayor and Alderman on the 20th day of November, 2023; and

**WHEREAS,** the Board of Mayor and Alderman has determined that amendments are necessary to clarify the intent of the process for issuance of Certificates of Compliance; and

**WHEREAS,** the Board desires to amend specific sections of Exhibit A of Resolution No. R-2023-14 while maintaining all other provisions as originally adopted.

**NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF MAYOR AND ALDERMEN OF THE CITY OF SEVIERVILLE, TENNESSEE, THAT:**

**SECTION 1. Amendment of Specific Provisions in R-2023-014-Exhibit A**

1. The bullet point titled Lottery hereby be amended to read as follows:

- Lottery
  - Should more than one application be received for a zone, the city recorder, or other disinterested third-party as designated by the Board, shall conduct a lottery for such Zone. The first application selected shall be designated No.1 and the process shall continue until all applications for that zone have been selected and numbered. (1 through X)
  - Should a lottery be required, it shall be held on January 8, 2024, at 2:00 PM in the Council Chambers at the Sevierville Civic Center.
  - Once an applicant for a license in a particular zone has been approved for a certificate of compliance, no other application will be considered for that zone; provided, however, that if a certificate of compliance approved and issued pursuant to the lottery process set forth herein is revoked by passage of time as provided in Sec. 8-315(4) of the City Code, or if the holder of said certificate of compliance abandons the effort to open a package store, the remaining applications for that zone shall be considered in the order selected through the lottery process, and those applicants shall provide such updated information as may be required by the City Recorder.

Exhibit C to [illegible] Strode 10 June 2026

Case 3:25-cv-00611-KAC-DCP Document 18-2 Filed 07/09/25 Page 9 of 10 PageID #: 207

**SECTION 2. Superseding Clause**

Any provisions of Resolution No. R-2023-014 that are in conflict with the amendments stated herein are superseded to the extent of such conflict. All other provisions of Resolution No. R-2023-014 shall remain in full force and effect.

This resolution is hereby adopted on the 17th day of January, 2025.

Approved: ______________________
Robbie Fox, Mayor

Attest: ______________________
Lynn K. McClurg, City Recorder