**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF LYNN MCCLURG**

I, Lynn McClurg, after first being duly sworn, do hereby state and depose as follows:

1. My name is Lynn McClurg. I am over the age of eighteen years, and competent to testify and have personal knowledge of the facts stated in this Affidavit.

2. I am the Chief Financial Officer and City Recorder for the City of Sevierville, Tennessee (the "City"). In my capacity as CFO and City Recorder, I am familiar with all of the public proceedings related to the passage of Ordinances and Resolutions enacted and adopted by the City's Board of Mayor and Aldermen (the "BMA"), as well as administrative processes related to the implementation of the May 20, 2023 municipal election allowing retail package stores within the corporate limits of the City.

3. My participation in the administrative processes included participating in the lottery conducted at a called meeting of the BMA on January 8, 2024 at 2:00 p.m. in the Council Chambers of the Sevierville Civic Center. This lottery was properly authorized by the BMA and was open to the public. A true and correct copy of the Minutes of the BMA's special called meeting is attached hereto as Exhibit 1.

4. After Ordinance No. O-2023-015 was passed by the BMA in October of 2023, the BMA adopted a resolution, Resolution R-2023-014, on November 20, 2023 adopting administrative procedures authorized under Ordinance No. O-2023-015 for implementing an application and selection process for issuance of certificates of compliance for retail package stores in the City. A true and correct copy of Resolution R-2023-014 is attached as Exhibit I to the City's Answer in this case. Resolution R-2023-014, among other things provided the following:

(i) A limited number of stores - one store per each of five (5) geographic zones;
(ii) Applicants could only apply for one store on one site in one zone;
(iii) No more than one application for one store was allowed to be considered for any piece of property;
(iv) The application process required all applications to be received during the time period from 8:00 a.m. on December 11, 2023 through 5:00 p.m. on December 29, 2023;
(v) No applications were considered complete until all required information had been submitted and the application fee had been paid;
(vi) A lottery from which applicants would be chosen in numeric order with the first applicant drawn in each geographic zone assigned the number "1" and successive applicants drawn in the lottery assigned successive numbers;
(vii) The lottery was scheduled to be conducted on January 8, 2024 at 2:00 p.m. in Council Chambers at the Sevierville Civic Center; and
(viii) Once an applicant for a Certificate of Compliance (the "Certificate") in a particular zone was approved, no other applicant would be considered for that zone.

5. The lottery process was designed to first select an order in which each applicant's application would be reviewed and considered. As Chief Financial Officer/City Recorder, I was part of the staff that reviewed the application of the first applicant drawn in each zone, and if that applicant qualified for the Certificate, the other applicants in that zone were not vetted. If applicant No.1 was determined not to be qualified, the review staff would then proceed to review applicant No. 2's application.

6. The applications were to be submitted electronically through a portal provided by the City: www.seviervilletn.org/retailpackagestore. The portal contained the Retail Package Store Online Application Process and the Retail Package Store Certificate of Compliance Application. A true and correct copy of the Retail Package Store Online Application Process and Retail Package Store Certificate of Compliance Application is attached hereto as Exhibit 2. The first page of the Retail Package Store Online Application Process contained application instructions which, among other things, made it clear that the documents required to be submitted within the initial application time period between 8:00 a.m. on December 11, 2023 through 5:00 p.m. on December 29, 2023 were the "proof of right to possess the premises" and "copies of government-issued IDs." Other documents were not required to be provided until January 15, 2024.

7. Zone 3 is the zone in which KARS, LLC, the successful applicant, and Plaintiff, Jessica Strode, were applicants, along with three others. The lottery draw in Zone 3 resulted in the following.

No. 1. KARS, LLC

No. 2. Clay Jackson Leatherwood, John Patrick Edwards

No. 3. Tanak Patel

No. 4. Pratik Patel

No. 5. Jessica Strode

8. In Zone 3, Applicant No. 1 was KARS, LLC, and it was determined by the staff review that KARS, LLC's application was complete and qualified it for issuance of the Certificate. Therefore, none of the other applicants' applications were formally reviewed and vetted.

9. The reviewing staff recommended that KARS, LLC be submitted for approval by the BMA, and the BMA approved the issuance of the Certificate at its February 12, 2024 meeting. A true and correct copy of the Certificate issued to KARS, LLC is attached hereto as Exhibit 3.

10. Ordinance No. O-2023-015 provides in pertinent part at Section 8-315(4):

> (4) Time period for action. Any applicant or applicant group who has obtained a certificate of compliance as provided herein, must unless an extension is granted by the Board of Mayor and Aldermen within 12 months, open a retail package store in the city or said certificate will be revoked by the passage of this amount of time and a certification thereof will be sent to the Tennessee Alcoholic Beverage Commission.

11. The right to grant extensions authorized in § 8-315(4) is a recognition that in some instances beyond the certificate holder's control the opening of a retail package store within 12 months could be delayed through no fault of that certificate holder and should not be considered an abandonment of the project. One example would be delay in construction. Another example pertinent to this lawsuit is that the certificate holder in this case, KARS, LLC, right to possess was interfered with and led to litigation by KARS, LLC to vindicate its right to possession.

12. The Certificate issued to KARS, LLC on February 12, 2024 would be subject to revocation on February 12, 2025, if KARS, LLC did not open a retail package store on or before that date absent an extension of time allowable under §8-315(4). Prior to February 12, 2025, KARS, LLC requested an extension of time on January 8, 2025, wherein it advised the City that it was engaged in litigation (the "KARS, LLC Lawsuit," a true and correct copy of which is attached as Exhibit E to the City's Answer) to vindicate its right to possess the premises. The request for extension for one (1) year to February 12, 2026 was granted by the BMA on January 17, 2025. True and correct copies of the documents evidencing KARS, LLC's request for an extension of time and the City's approval of said request are attached hereto as Collective Exhibit 4.

13. Within the time period of the first extension, the KARS, LLC Lawsuit resulted in a resolution of the issue of KARS, LLC's right to possess the premises when a General Warranty Deed from grantor Betty Ogle to Robert Henderson Development 1, LLC dated July 23, 2025 was recorded in the Sevier County Register of Deeds as Instrument #2502000 solidifying and securing KARS, LLC's continued right of possession of the premises. KARS, LLC and Robert Henderson Development 1, LLC share common owners (see KARS, LLC Lawsuit attached as Exhibit E to the City's Answer). The delay resulting from the KARS, LLC Lawsuit led to KARS, LLC needing to obtain a second extension of time to proceed with construction of the retail package store, and KARS, LLC requested another extension on July 11, 2025 for a one (1) year extension to February 12, 2027, which the BMA approved at its regularly scheduled meeting on August 4, 2025. True and correct documents evidencing the second request for extension and the City's approval of said extension are attached here to as Collective Exhibit 5.

14. The City's subsequent review of the qualifications of Applicant Nos. 2, 3, 4, and 5 in Zone 3, triggered by publicity over the issues that ultimately led to the filing of the KARS, LLC Lawsuit, revealed that Applicants Nos. 2, 3, and 4 would not have been qualified to receive a certificate because they did not meet the distance requirements from a church and/or school and Applicant No. 5, Jessica Strode, would be deemed unqualified because her application was not complete at the time the application deadline had passed. Ms. Strode's application did not provide the required information as set out in the Retail Package Store Online Application Process and Retail Package Store Certificate of Compliance Application contained in Exhibit 2 hereto. The following required information to deem Ms. Strode's application complete were not timely provided:

- Proof of right to possess the premises
- Copy of government-issued ID

- Personal finance statement
- Credit check for each owner
- Previous two years of tax returns
- Previous three months of bank statements

15. On January 17, 2025, the BMA approved Resolution R-2025-002 amending certain sections of Resolution R-2023-014 to clarify the administrative procedure for dealing with a situation where the holder of a Certificate whose Certificate was issued pursuant to the lottery process is revoked by passage of time as provided in Section 8-315(4) or if the holder of said Certificate abandoned the effort to open a package store. A true and correct copy of Resolution R-2025-002, attached hereto as Exhibit 6, did not repeal or replace Resolution 2023-01, but amended only the lottery provision discussed above. The City had no legitimate reason to deny KARS, LLC a permit to begin construction of a retail package store, and Resolution R-2025-002 had no impact on any of the other four applicants. However, as discussed above, all of the other four applicants would have been disqualified.

Further Affiant sayeth not.

Lynn McClurg

LYNN MCCLURG

Sworn before me this 16TH day of July, 2026.

Holly S Jones

Notary Public

My Commission Expires: April 18, 2028

HOLLY S. JONES STATE OF TENNESSEE NOTARY PUBLIC SEVIER COUNTY

**BOARD OF MAYOR AND ALDERMEN**
**CITY OF SEVIERVILLE, TENNESSEE**
**January 8, 2024**

A called meeting of the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, was held at the Sevierville Civic Center, 130 Gary Wade Boulevard, Sevierville, Tennessee, on January 8, 2024 at 2:00 PM.

**There were present and participating at the meeting:**
Robbie Fox, Mayor
Wayne Helton, Alderman
Travis L. McCroskey, Alderman
Joey Ohman, Alderman
Mitch Rader, Alderman

**Absent:**
Devin Koester, Vice Mayor

**Senior Staff present:**
Tracy Baker, Asst. City Administrator
Corey Divel, Development Director
Bryon Fortner, Public Works Director
Joseph Manning, Police Chief
Lynn McClurg, Chief Financial Officer/City Recorder
Bob Parker, Parks & Recreation Director
Dustin Smith, Deputy City Administrator
Russell Treadway, City Administrator
Brian Wagner, Information Technology Director

Mayor Fox chaired the meeting with Lynn K. McClurg as secretary of the meeting.

**PUBLIC FORUM**
Mayor Fox opened the public forum section of the meeting. There being no comments, the public forum was closed.

**NEW BUSINESS**
Mayor Fox recognized Russell Treadway, who reviewed the procedure for the application submission for retail package stores and the drawing to determine the order in which the Board will consider granting certificates of compliance for each of the five zones. Treadway reminded applicants that financial information must be submitted by January 15, 2024 and noted that questions may be submitted by emailing retailpackagestore@seviervilletn.org. Treadway and Lynn McClurg proceeded with the drawing (results attached).

There being no further business to discuss, the meeting adjourned at 2:13 PM.

Approved: [signature]
Robbie Fox, Mayor

Attest: [signature]
Lynn K. McClurg, City Recorder

EXHIBIT
1

| Ball Number | Applicant | Address | Map/Parcel | Draw # |
|---|---|---|---|---|
| Zone1 #1 | Curtis Harrington, Walter Dwight Church | 3409 Winfield Dunn Pkwy | 008 150.00 | 2 |
| Zone1 #2 | Curtis Harrington, Kyle Andrew Baisley | 3439 Winfield Dunn Pkwy | 008 146.03 | 3 |
| Zone1 #3 | Curtis Harrington, Justin Dwight Church | 3401 Winfield Dunn Pkwy | 008 153.01 | 4 |
| Zone1 #4 | Krupa Patel | Winfield Dunn Pkwy | 018A C 003.00 &018A C 004.00 | 1 |
| Zone 2 # 1 | Elizabeth Simonis | 1984 Winfield Dunn Pkwy | 027H D 003.00 | 2 |
| Zone 2 # 2 | Mike Hale | 696 Winfield Dunn Pkwy | 049 027.04 & 027.02 | 6 |
| Zone 2 # 3 | Dipen Patel | 2040 Winfield Dunn Pkwy | 027 027.04 | 4 |
| Zone 2 # 4 | Robert Michael Trosper, Robert Daniel Ogle | 2130 Winfield Dunn Pkwy | 027 028.06 | 5 |
| Zone 2 # 5 | Heet Patel | 2074 Winfield Dunn Pkwy | 027 001.02 | 7 |
| Zone 2 # 6 | Arzu Patel | 1809 Winfield Dunn Pkwy | 027H C 036.00 | 3 |
| Zone 2 # 7 | Tejaskumar Patel | Winfield Dunn Pkwy | 027H B 050.00 & 027H B 051.00 | 1 |
| Zone 3 #1 | Clay Jackson Leatherwood, John Patrick Edwards | 602 Dolly Parton Pkwy | 049L A 023.00 | 2 |
| Zone 3 #2 | Tanak Patel | E Main St | 049K B 036.04 | 3 |
| Zone 3 #3 | Pratik Patel | 310 E Main St | 049K B 036.03 | 4 |
| Zone 3 #4 | Jessica Strode | 1341 Dolly Parton | 050O B 010.00 | 5 |
| Zone 3 #5 | Stacy Champagne, H. Richard Lewellyn Jr, Kirby Smith, Alex Davis | 750 Dolly Parton Pkwy | 049L A 029.00 | 1 |
| Zone 4 #1 | Ronakkumar Patel | Veterans Boulevard | 062 033.06 | 1 |
| Zone 4 #2 | Pritesh Patel, Mitul Patel, Rinkesh Patel | 198 Collier Dr | 072 155.00 | 3 |
| Zone 4 #3 | Jigarkumar Patel | 204 Collier Dr | 072 155.00 | 5 |
| Zone 4 #4 | Arsh Rajnikant Patel, Jayeshkhkumar Rameshchandra Patel, Pankeeta Ramanlal Patel | 1111 Middle Ridge Rd | 072 158.01 | 4 |
| Zone 4 #5 | Arjun Patel | Veterans Boulevard | 072 158.00 | 2 |
| Zone 5 # 1 | Austin Conner | 1819 Parkway | 072J A 027.00, 035.00, & 036.00 | 2 |
| Zone 5 # 2 | James Hunter McIntosh, Kristopher Joel Brannon | 1548 Parkway | 072 053.00 | 3 |
| Zone 5 # 3 | Vinod Patel, Manish Patel | 1338 Parkway - Unit 1 | 061O A 038.00, 039.00 | 1 |
| Zone 5 # 4 | Teresa Lynn Hosenfeld, Elizabeth Sterchi Cantrell, Carl Christopher Hosenfeld, Robert White Cantrell Jr | 725 Parkway Ste 8 | 061B A 027.00 | 4 |

Questions may be submitted to retailpackagestore@seviervilletn.org

2954

City of Sevierville

EXHIBIT

tabbies

2

Search...

HOME I WANT TO... RESIDENT BUSINESS VISITOR GOVERNMENT PUBLIC INFO

Electronic Plan Submittal

Submit site plans building plans or subdivisions

View Our Zoning Map

View our interactive zoning map

Economic Dashboard

View our economic dashboard.

Planning Commission

Information on Sevierville Planning Commission

Start a Short-Term Rental in Sevierville

Learn how to Start a Short-Term Rental in Sevierville

English

# Retail Package Store Online Application Process

***Only applications submitted between 8:00am on December 11, 2023 and 5:00pm on December 29, 2023 will be accepted.***

**Portal Account Setup**

The City of Sevierville accepts all applications via www.mygovernmentonline.org. If you need help setting up an account, please call 1-866-957-3764.

Please take the time to download a copy of the My Government Online Portal Instructions (1.83 MB) . You may create your free customer portal account by visiting www.mygovernmentonline.org and selecting "Create Account" in the upper right corner.

If you need any assistance pertaining to the use of the MyGovernmentOnline software, please call the technical support line at 1-866-957-3764, option 1 for assistance. The agents can assist with any software related questions.

**Application Instructions**

- Login to MyGovernmentOnline with your credentials.
- From the top menu, select "Planning & Zoning" and then "Apply Online".
- Be sure the jurisdiction is set to "Sevierville" and select "Planning and Zoning" from the Project Type drop down menu.
- Click "Next" and then "Get Started on a New Application".
- Select "Retail Package Store Application" from the Application Type drop down and click "Next".
- Physical Address or Location: Enter the address for the proposed store location.
- Applicant's Contact Information: Be sure to click the "Notify" check box next to the email address to receive notifications.
- Owner's Contact Information: Be sure to click the "Notify" check box next to the email address to receive notifications.
- Application Questionnaire: Enter the map/group/parcel number if you have it (required if an address has not been assigned) and check the acknowledgement box.
- File Upload: Upload your documents to the appropriate section. The only documents required in the initial application for the last option related to TABC are the proof of right to possess the premises and copies of government-issued Id's. The remainder of the TABC documents are not required until January 15, 2024.
- Review: On the final screen you will have the option to Save to be completed at a later time or to Submit.
- After submittal, city staff will apply the fee and you will be emailed an invoice. Payments must be paid online.

**Important**

## Planning Deadline

*Items to be considered for action by the Sevierville Planning Commission must be submitted online by 5:00 p.m. 28 days prior to the meeting.*

## Contact Us

**Development Department**

Corey Divel
Development Director

Wendy Toral
Planner

Frank Cravens
Stormwater Manager

120 Gary Wade Blvd
Sevierville, TN 37862
Phone: 865.453.5504

## Planning Commission Meetings

Meeting Schedule: First Thursday of each month at 5:00PM at the Sevierville Civic Center in Council Hall

Please note: submittal and receipt of an application does not constitute verification from the City in any form that the application is complete with the required information. Please review and verify all necessary information and documents have been provided in your application. The City's verification process on the necessary information and conforming criteria will not be completed until after the application period has been closed and the lottery selection process has been completed.

Planning Commission Information

## Department Documents

- Application to Sell Wine in a Retail Food Store Popular
- Approved Tree List Popular
- Development Review Guidelines Popular
- DHO and HZC Zoning Ordinance References Popular
- Downtown Commercial Historic District Design Guidelines Popular
- My Government Online Portal Instructions Popular
- Parks and Recreation Master Plan Popular
- Special Events Ordinance Popular
- SR416 Corridor Study Report - Final Draft Popular
- Stormwater Ordinance Popular
- Subdivision Regulations Popular
- TDOT Driveway Access Standards Popular
- Zoning Ordinance Popular

Back to Top

City of Sevierville

HOME I WANT TO... RESIDENT BUSINESS VISITOR GOVERNMENT PUBLIC INFO

English

# Retail Package Store Certificate of Compliance Application

## The application period has closed and will not be reopened at this time.

Lottery Drawing Results (110 KB)

Ordinance O-2023-015 Retail Package Stores (431 KB)

Resolution R-2023-014 Retail Package Stores (106 KB)

Application for Download (321 KB)

Map of Retail Package Store Zones

Retail stores that desire to obtain a "Retail Package Store License" issued by the Tennessee Alcoholic Beverage Commission (TABC) must first obtain a "City of Sevierville Certificate of Compliance" which is required by Tennessee Code Annotated § 57-3-208. Applicants for this Certificate of Compliance should review the following instructions and procedures:

1. A Certificate of Compliance shall be issued solely to the applicant, whether a person, firm, corporation, joint-stock company, syndicate, or association.

2. An application for a certificate of compliance must be completed on behalf of all of the owner(s) of the applicant. Part One of the application must identify every person having an interest, direct or indirect, in the retail package store as an owner, partner, stockholder, or otherwise. In the event that a corporation, partnership, limited liability company, or other legally recognized entity is an applicant or member of the applicant group, each person with an interest must be disclosed and must provide the information on the application provided by the City.

3. Part Two of the application should be filled out by all individuals identified in Part One and all are required to obtain a criminal background check, described below.

4. Upon submission of the application, the applicant must provide the City with a copy of a background check for each applicant or member of the applicant group using a multistate criminal records locator or other, similar commercial nationwide database with validation. The background check must cover a ten-year period immediately preceding the date of the application. Said background check shall be completed within 30 days preceding the applicant's application for a certificate. https://www.tn.gov/tbi/article/background-checks. Be sure to select the Nationwide option.

5. A certificate of compliance is valid only for the applicant or applicant group and cannot be transferred or sold to another person or group.

6. Before an applicant's application for certificate will be authorized, the completed application must include the following:

   a. Part One and Part Two of the Application for Certificate of Compliance completed, signed by the applicant(s), and notarized.
   b. A certified copy of a nationwide background check for each individual listed on the application as being the applicant or member of the applicant group.
   c. An electronic copy of a site plan showing the following: the shape, size, and location of the lot which the retail package store is to be operated; the shape, size, height, and location of all buildings; and the off-street parking space and off-street loading and unloading space to be provided including the vehicular access to be provided from these areas to a public street.
   d. A floor plan indicating the square footage of the proposed store and areas to be used for retail sales and storage, ingress/egress locations, and location of windows.
   e. In lieu of providing copies of information provided to TABC, the applicant shall provide the following information in the initial application:

      - Proof of right to possess of the premises.
      - Government-issued ID, as required, by each owner regardless of percentage ownership.

      **The following information must be submitted prior to January 15, 2024:**

- Personal financial statement for each owner.
- Credit check for each owner.
- Previous two (2) years of tax returns for each owner.
- Previous three (3) months of bank statements for each owner.

f. In order to determine if the location is appropriately zoned, please ensure the address and/or map, group and parcel number provided is the physical address of the establishment.

7. A fifteen hundred ($1,500.00) dollar non-refundable fee per application must be paid when invoiced.

8. *The application period has closed.*

For questions, please email **retailpackagestore@seviervilletn.org**



This map is for reference purposes only. The sole purpose is to assist in the determination of which zone an application is being submitted for and is not a representation of eligible properties.

**Map of Retail Package Store Zones**

[illegible] City of Sevierville

Back to Top

CITY OF SEVIERVILLE

# *CERTIFICATE OF COMPLIANCE*
# RETAIL PACKAGE STORE

This is to certify that,

**KARS, LLC**
**d/b/a The Bottle Shop**
**750 Dolly Parton Pkwy**
**Sevierville, TN 37862**

a store location within the CITY OF SEVIERVILLE, in the COUNTY OF SEVIER, State of Tennessee has made application for a Certificate of Compliance to sell retail alcoholic beverages, pursuant to Tennessee Code Annotated § 57-3-208 and 57-3-213, and that the individual(s),

**Stacy M. Champagne, Managing Member – 25% Interest**
**Harry Richard Lewellyn, Jr., Member – 25% Interest**
**Kirby B. Smith, Member - 25% Interest**
**Robert Alex Davis, Member - 25% Interest**

is in full compliance with the local requirements for such licensure as set forth in T.C.A. § 57-3-208 and 57-3-213:

**1) Specifically, the named individual(s) has provided to the City of Sevierville proof of a background check on the individual(s) who are to be in actual charge of the business, (if a corporation, the executive officers or those in control) showing that all such persons have not been convicted of a felony within a ten-year period preceding the date of this application.**

**2) The applicant(s) has provided documentation establishing that the location of the retail package store complies with all local laws, ordinances, resolutions, and applicable zoning laws in the City of Sevierville.**

**AND**

**3) That the issuance of this license will not exceed the numerical limit for licenses authorized by the City of Sevierville.**

This the 12th day of February, 2024.

EXHIBIT 3

By: [signature] COPY
Robbie Fox, Mayor
CITY OF SEVIERVILLE

[signature]
Lynn K. McClurg
City Recorder

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Wednesday, January 8, 2025 11:20 AM
**To:** Dustin Smith
**Subject:** January 17th Meeting Request

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

Happy New Year!

I am reaching out on behalf of KARS, LLC regarding our certificate of compliance for a retail package store, which was issued by the City of Sevierville on February 12, 2024. It is my understanding that the Board of Mayor and Aldermen has an upcoming meeting on January 17, 2025. As you are aware, we have been tied up in litigation, and as we work to sort this out, we are formally requesting an extension of six months to begin construction. Please add this entry and formal request to the upcoming calendar. If I can be of any assistance, please don't hesitate to reach out.

Best regards,
Stacy Champagne

EXHIBIT 4

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Thursday, January 9, 2025 9:28 PM
**To:** Dustin Smith
**Subject:** January 17th meeting

Caution! This message was sent from outside your organization.

Allow sender | Block sender | Report

Dustin,

I am just following up to be sure you received my previous email. If you would please respond to this email so I have confirmation the request has been received by your office.

Thank you,
Stacy

**From:** Dustin Smith
**Sent:** Friday, January 10, 2025 1:25 PM
**To:** stacy Champagne
**Subject:** RE: January 17th meeting

Stacy,

Yes, received and your request will be on the agenda for the 17th.

Thanks,

Dustin Smith
City Administrator
City of Sevierville
865-453-5504

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Thursday, January 9, 2025 9:28 PM
**To:** Dustin Smith <dsmith@seviervilletn.org>
**Subject:** January 17th meeting

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

I am just following up to be sure you received my previous email. If you would please respond to this email so I have confirmation the request has been received by your office.

Thank you,
Stacy

**BOARD OF MAYOR AND ALDERMEN**
**CITY OF SEVIERVILLE, TENNESSEE**
**January 17, 2025**

A special called meeting of the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, was held at the Sevierville Civic Center, 130 Gary Wade Boulevard, Sevierville, Tennessee, on January 17, 2025 at 1:00 PM.

**Present and participating at the meeting:**
Robbie Fox, Mayor
Wayne Helton, Alderman
Devin Koester, Vice Mayor
Travis L. McCroskey, Alderman
Joey Ohman, Alderman
Mitch Rader, Alderman

**Senior Staff present:**
Tracy Baker, Asst. City Administrator
Corey Divel, Development Director
Keith Malone, Water & Sewer Director
Joseph Manning, Police Chief
Lynn McClurg, Chief Financial Officer/City Recorder
Ed Owens, City Attorney
Patrick Oxley, Parks & Recreation Director
Bob Parker, Golf Director
Dustin Smith, City Administrator
Doug Tarwater, Public Works Director
Brian Wagner, Information Services Director

Mayor Fox chaired the meeting with Lynn K. McClurg as secretary of the meeting.

**PUBLIC FORUM**

Mayor Fox opened the public forum section of the meeting. Fox recognized Jeff Murrell, who spoke on behalf of Tejas (TJ) Patel and requested approval of a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 2 on February 12, 2024. Murrell detailed Patel's property acquisition and progress toward construction.

Mayor Fox recognized Brian Delius, who spoke on behalf of Elizabeth Simonis and requested that the extension for zone 2 be denied and that eligibility for the certificate of compliance for that zone pass to Ms. Simonis as the next applicant drawn in the lottery. There being no further comments, the public forum was closed.

**OLD BUSINESS**

Mayor Fox recognized Dustin Smith, who presented a request on behalf of the owners of East Ridge Liquor for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 4 on February 12, 2024. Fox stated that the item had been tabled on December 16, 2024. A motion was made by Vice Mayor Koester and seconded by Alderman Rader to remove the item from the table for consideration. Motion carried. A motion was made by Alderman Rader and seconded by Alderman Helton to extend the allowable period for opening the retail package store for one year to February 12, 2026. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf Tejas Patel for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 2 on February 12, 2024. A motion was made by Vice Mayor Koester and seconded by

Alderman McCroskey to extend the allowable period for opening the retail package store for one year to February 12, 2026. The Board cautioned that it would need extenuating circumstances to further extend the deadline. Motion carried.

**NEW BUSINESS**

Mayor Fox recognized Dustin Smith, who presented and placed for passage a Resolution R2025-002 to Amend Resolution R2023-014 to Clarify the Intent Regarding Issuance of Certificates of Compliance for Retail Package Stores. Smith noted that the resolution clarifies the process for issuance, specifically related to circumstances where certificates are revoked by passage of time or abandonment of efforts by the holder. A motion was made by Vice Mayor Koester and seconded by Alderman Ohman to approve the resolution amended to change the word "received" to the word "selected" for the third item under the bullet point titled "Lottery". Motion carried.

Mayor Fox recognized Doug Tarwater, who requested approval of task order #4 to the RK&K on-call engineering contract for geotechnical investigation at the Kodak Center in the not-to-exceed amount of $54,147.50. Tarwater detailed that the work will entail geotechnical drilling, shear wave velocity testing, and a site-specific seismic study. A motion was made by Alderman Rader and seconded by Alderman McCroskey to approve the task order as presented. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf of KARS, LLC for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 3 on February 12, 2024. A motion was made by Alderman McCroskey and seconded by Alderman Helton to extend the allowable period for opening the retail package store for one year to February 12, 2026. The Board again cautioned that it would need extenuating circumstances to further extend the deadline. Motion carried.

There being no further business to discuss, the meeting adjourned at 1:22 PM.

Approved: Robbie Fox
Robbie Fox, Mayor

Attest: Lynn K. McClurg
Lynn K. McClurg, City Recorder

ADDENDUM TO THE BOARD AGENDA – AUGUST 4, 2025

**H. NEW BUSINESS**

12. Consider approval of **extension request for Retail Package Store** – KARS, LLC – Zone 3- *Dustin Smith*

tabbies EXHIBIT 5

City of Sevierville

# Board Memorandum

**DATE:** **August 4, 2025**

**AGENDA ITEM:** **Consider extension request for Retail Package Store – KARS, LLC – Zone 3**

**PRESENTATION:** Per Ordinance O-2023-015 Section 8-315 "Any applicant or applicant group who has obtained a certificate of compliance as provided herein must, unless an extension is granted by the Board of Mayor and Alderman within twelve months open a retail package store in the city of said certificate will be revoked by the passage of this amount of time and a certification thereof will be sent to the Tennessee Alcoholic Beverage Commission." The twelve-month expiration period for all approved applicants expires on February 12, 2026, per the previously granted extension. This is a request for an extension of an additional twelve-month time frame for the retail package store certificate of compliance issued to Zone 3 located on Dolly Parton Parkway. A letter of request is attached. A resolution has been reached and KARS, LLC is now owner of the property in question.

**REQUESTED ACTION:** **The pleasure of the Board.**

July 11, 2025

City of Sevierville
Board of Mayor and Aldermen

**RE: Agenda Item for Consideration at the Next Upcoming Meeting**

KARS, LLC respectfully submits a request for an extension of time to complete the build-out at the licensed location of 750 Dolly Parton Parkway. KARS, LLC is requesting a 12-month extension beyond the currently allotted timeframe. As this board is aware, KARS, LLC has encountered unforeseen impediments that have hindered its progress which we have diligently continued to work through. However, as we submit this request, we believe that a resolution is imminent allowing our progress to continue pursuant to the approval of this request. Thank you for your time and consideration.

Sincerely,

Stacy Champagne
KARS, LLC Mbr

**BOARD OF MAYOR AND ALDERMEN**
**CITY OF SEVIERVILLE, TENNESSEE**
**August 4, 2025**

A regular meeting of the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, was held at the Sevierville Civic Center, 130 Gary Wade Boulevard, Sevierville, Tennessee, on August 4, 2025 at 6:00 PM.

**Present and participating at the meeting:**
Robbie Fox, Mayor
Wayne Helton, Alderman
Devin Koester, Alderman
Travis L. McCroskey, Alderman
Joey Ohman, Alderman
Mitch Rader, Vice Mayor

**Senior Staff present:**
Tracy Baker, Assistant City Administrator
Corey Divel, Development Director
Matt Henderson, Fire Chief
Keith Malone, Water & Sewer Director
Joseph Manning, Police Chief
Lynn McClurg, Chief Financial Officer/City Recorder
Martha Norris, Convention Center Director
Patrick Oxley, Parks & Recreation Director
Bob Parker, Golf Director
Dustin Smith, City Administrator
Doug Tarwater, Public Works Director

Mayor Fox chaired the meeting with Lynn K. McClurg as secretary of the meeting. A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the minutes of the July 21, 2025 meeting and to dispense with the reading. Motion carried.

**PUBLIC FORUM**

Mayor Fox opened the public forum section of the meeting. There being no comments, the public forum was closed.

**REPORTS & COMMUNICATIONS**

The Board noted the following community events:

| | | | |
|---|---|---|---|
| 1. | Coffee Talk | August 19th | Civic Center |
| 2. | Chamber of Commerce Banquet | August 26th | Convention Center |

Mayor Fox recognized Holly Jones, who reviewed successful FY2025 grants.

**NEW BUSINESS**

Mayor Fox recognized Dustin Smith, who presented and placed for passage a Resolution R2025-010 Consenting to the Industrial Development Board of the City of Sevierville, Tennessee, Negotiating and Accepting Payments in Lieu of Ad Valorem Tax with Respect to a Certain Project in the City of Sevierville, Tennessee, and Finding that Such Payments are Deemed to be in Furtherance of the Public Purposes of the Board as Defined in Tennessee Code Annotated Section 7-53-305. Smith detailed that the proposed project is an attainable housing project by Olympus Development Company and will contain 288 apartment units at the corner of London Lane and Veterans Boulevard. A motion was made by Alderman McCroskey and seconded by Vice Mayor Rader to approve the resolution as presented. Motion carried.

Mayor Fox recognized Holly Jones, who requested approval to apply for the following:

- Leary Firefighters Foundation grant for vehicle extrication equipment, $24,966.00; Foundation to purchase equipment and donate;
- Amended Tennessee School Resource Officer grant, now for $675,000.00 (nine officers); amended SCBOE MOU, updated for additional school;
- TDEC State Water Infrastructure (SWIG) Asset Management Plan (AMP) grant; up to $250,000.00 with 25% match;
- Spirit of Blue Foundation grant to fund first aid kits; $8,700.00 with no match;
- Blue Cross Blue Shield Healthy Places grant for playground equipment; 100% of equipment funded with no match; signage requirements;
- Public Entity Partners Property Conservation grant for securities cameras; up to $5,000.00 with 50% match.

A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the grant applications as presented and to specifically approve the verbiage associated with the Public Entity Partners grant. Motion carried.

Mayor Fox recognized Matt Henderson, who requested approval of annual uniform purchases from various low quote qualified vendors in amounts not to exceed the total uniform budget. A motion was made by Vice Mayor Rader and seconded by Alderman McCroskey to approve purchases as requested. Motion carried.

Mayor Fox recognized Matt Henderson, who requested approval of the following Fire Department expenditures:

| | | | |
|---|---|---|---|
| • Replacement SCBA Air Bottles | MES | $29,300.00 | Sourcewell #0111824 |
| • Paramedic Courses | Walters State | As budgeted | Prof. services |
| • Firefighter Training | TFACA | As budgeted | Prof. services |

A motion was made by Alderman McCroskey and seconded by Vice Mayor Rader to approve the expenditures as requested. Motion carried.

Mayor Fox recognized Bob Parker, who requested approval of an expenditure for greens aerification with sole source DryJect provider Tennessee Turf Services in the amount of $13,186.00. A motion was made by Alderman Koester and seconded by Alderman Helton to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Joe Manning, who requested approval of the installation of sixty (60) Axon in-car cameras by Dana Safety Supply in amount of $33,000.00 under state contract SWC202-83196. Manning noted that Dana Safety Supply is a certified Axon installer. A motion was made by Alderman Helton and seconded by Alderman McCroskey to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Joe Manning, who requested approval of the purchase of 46 Panasonic Toughbook docking stations for patrol vehicles from Dana Safety Supply in the amount of $31,600.00 under state contract SWC202-83196. A motion was made by Vice Mayor Rader and seconded by Alderman Ohman to approve the expenditure as presented. Motion carried.

Mayor Fox recognized Patrick Oxley, who requested approval of a contract for the City Park Improvement project with low qualified bidder C. Laney & Sons in the amount of $13,570,818.00. Oxley detailed the engineered plan includes five new artificial turf fields, a new concessions stand, a new pavilion and various utility improvements. A motion was made by Alderman Koester and seconded by Vice Mayor Rader to approve the contract as presented. Motion carried.

Mayor Fox recognized Patrick Oxley, who requested approval of an agreement with the Sevier Aquatic Club for use of City aquatic facilities for the 2025/2026 school year. A motion was made by Vice Mayor Rader and seconded by Alderman McCroskey to approve the agreement as presented. Motion carried.

Mayor Fox recognized Doug Tarwater, who requested approval of an addition to the previously awarded Street Paving contract with Charles Blalock & Sons. Tarwater noted that the addition of 411-D mix asphalt will allow City crews to pick up the item and pave the asphalt inhouse, thus reducing the cost. A motion was made by Alderman Helton and seconded by Alderman McCroskey to approve request as presented. Motion carried.

Mayor Fox recognized Keith Malone, who requested approval of a contract with proprietary vendor 120 Water for software to enable lead and copper inventory, testing and sample tracking in the total amount of $49,017.70 payable over two years ($26,017.70, $23,000.00). A motion was made by Alderman Ohman and seconded by Alderman Koester to approve the purchase as presented. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf of KARS, LLC for a second twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 3 on February 12, 2024. The request detailed that previous property acquisition challenges have been resolved. A motion was made by Alderman McCroskey and seconded by Alderman Ohman to extend the allowable period for opening the retail package store to February 12, 2027. Motion carried.

There being no further business to discuss, the meeting adjourned at 6:23 PM.

Approved: [signature]
Robbie Fox, Mayor

Attest: [signature]
Lynn K. McClurg, City Recorder

## RESOLUTION R-2025-002

## RESOLUTION TO AMEND RESOLUTION NO. R-2023-014 TO CLARIFY THE INTENT REGARDING ISSUANCE OF CERTIFICATES OF COMPLIANCE FOR RETAIL PACKAGE STORES

**WHEREAS,** Resolution No. R-2023-014, titled A RESOLTUION ADOPTING PROCEDURES FOR APPROVING AN APPLICATION AND SELECTION PROCESS FOR CERTIFICATES OF COMPLIANCE FOR RETAIL PACKAGE STORES IN THE CITY OF SEVIERVILLE, was adopted by the Board of Mayor and Alderman on the 20th day of November, 2023; and

**WHEREAS,** the Board of Mayor and Alderman has determined that amendments are necessary to clarify the intent of the process for issuance of Certificates of Compliance; and

**WHEREAS,** the Board desires to amend specific sections of Exhibit A of Resolution No. R-2023-14 while maintaining all other provisions as originally adopted.

**NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF MAYOR AND ALDERMEN OF THE CITY OF SEVIERVILLE, TENNESSEE, THAT:**

**SECTION 1. Amendment of Specific Provisions in R-2023-014-Exhibit A**

1. The bullet point titled Lottery hereby be amended to read as follows:

- Lottery
  - o Should more than one application be received for a zone, the city recorder, or other disinterested third-party as designated by the Board, shall conduct a lottery for such Zone. The first application selected shall be designated No.1 and the process shall continue until all applications for that zone have been selected and numbered. (1 through X)
  - o Should a lottery be required, it shall be held on January 8, 2024, at 2:00 PM in the Council Chambers at the Sevierville Civic Center.
  - o Once an applicant for a license in a particular zone has been approved for a certificate of compliance, no other application will be considered for that zone; provided, however, that if a certificate of compliance approved and issued pursuant to the lottery process set forth herein is revoked by passage of time as provided in Sec. 8-315(4) of the City Code, or if the holder of said certificate of compliance abandons the effort to open a package store, the remaining applications for that zone shall be considered in the order selected through the lottery process, and those applicants shall provide such updated information as may be required by the City Recorder.

EXHIBIT
tabbies
6

**SECTION 2. Superseding Clause**

Any provisions of Resolution No. R-2023-014 that are in conflict with the amendments stated herein are superseded to the extent of such conflict. All other provisions of Resolution No. R-2023-014 shall remain in full force and effect.

This resolution is hereby adopted on the 17th day of January, 2025.

Approved: ______________________
Robbie Fox, Mayor

Attest: ______________________
Lynn K. McClurg, City Recorder