Robert F. Croskery 040689
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)**

| | |
|---|---|
| **JESSICA STRODE**<br>**Plaintiff,** | **: CASE NO. 3:25-cv-00611-KAC-DCP** |
| **v.** | **: PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO REPLY TO : DEFENDANT'S MEMORANDUM OPPOSING PRELIMINARY : INJUNCTION** |
| **CITY OF SEVIERVILLE,**<br>**Defendant** | |

Plaintiff, through counsel, moves for a brief extension of time, through and including August 5, 2026, within which to file her reply memorandum in support of her Motion for Preliminary and Permanent Injunction. The current deadline is July 30, 2026. Counsel for Defendant has been consulted and, the Defendant does not oppose this request. This brief extension is requested to permit Plaintiff adequate time to address the significant legal and factual issues raised in Defendant's response. This is Plaintiff's first request for an extension of this deadline. The request is made in good faith and will not unduly delay these proceedings or prejudice any party.

Respectfully submitted,

/s/ *Robert F. Croskery*
Robert F. Croskery (Tenn Bar #040689)
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
Cincinnati, Ohio 45202
(513)232-5297
rcroskery@croskerylaw.com

**CERTIFICATE OF SERVICE**

I certify that this document was served upon all parties of record by placing it upon the Court's electronic server in ECF this 23rd day of July, 2026.

/s/ *Robert F. Croskery*
Robert F. Croskery
Attorney for Plaintiff