SEVIERVILLE PIGEON FORGE GATLINBURG SEVIER COUNTY

The Mountain Press



**OVERTIME THRILLER**

Smoky Bears soccer beats Morristown East

PAGE A5

WEEKEND EDITION • Saturday-Sunday, April 27-28, 2024 • Vol. 39, No. 85

# Ogles plan attraction on Dolly Parton Parkway

**BY JEFF FARRELL**
STAFF WRITER

SEVIERVILLE — Developers Ron and Betty Ogle are set to build a family entertainment attraction on property that was once set to be a liquor store on Dolly Parton Parkway.

The Ogles bought the property at 750 Dolly Parton Parkway for $2 million earlier this month. It's the former site of Rocky Top Ford, which moved to a new location on the Parkway this year.

They also bought property on the other side of Robert Henderson Road, and Ron Ogle said they have plans to build an attraction on the newly acquired property.

"It'll be family entertainment and it will be a destination for ... the Southeastern United States," Ogle said.

SEE **OGLES/PAGE A12**



# OGLES

FROM **PAGE A1**

They've gone over some preliminary plans for the site with the city, but neither Ogle nor city officials were ready to divulge much more about those plans Friday.

"If it comes to fruition it will be good for the city," Deputy Administrator Dustin Smith said.

The Ogles would be able to link the Rocky Top Ford property with the tracts on the other side of Robert Henderson eventually because the city plans to close that portion of the road once they connect it to Veterans Boulevard, he said.

The city's plans already call for removing the existing bridge over the Little Pigeon River after they build a new one nearby to extend Veterans Boulevard.

The property is already zoned for arterial commercial use, which should allow for an attraction of the size planned by the Ogles, Smith said.

The move also brought an end to a dispute between the city and the Ogles over the liquor store that had been proposed at the site.

Documents submitted to the city indicated it would be leased to another group of businessmen, who planned to have a package store there.

The Ogles had sent the city a letter saying they believed that would violate the city's newly created regulations for liquor stores, because it's within 1,000 feet of churches on property they own.

City officials had indicated the restriction didn't apply to property that was rented or leased for church use.

Ogle said Friday that he'd been ready to take the dispute to court, but it became a moot point when he got the chance to buy the property.

The city created its regulations for liquor stores last year, after voters approved a referendum to allow them in Sevierville for the first time.

The regulations allowed for a liquor store in each of five zones, and they held a lottery to determine which applicants would get the opportunity to build in each zone.

The site at 750 Dolly Parton Parkway was the first chosen for Zone 3.

If that site is eliminated, Smith said the opportunity to build a liquor store would pass down to Jessica Strode, who proposed a site at 1341 Dolly Parton Parkway, currently the site of The Gym Bar and Grill.

It's not clear when that would officially happen — under the city's regulations, the person who got the certificate of compliance has a year to move forward with the project or to withdraw their certificate.

So far, the certificate has not been withdrawn.

Contact Jeff at jfarrell@themountainpress.com or Twitter at @jeffmtnpress