UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JESSICA STRODE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEVIERVILLE, TENNESSEE;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:25-CV-611-KAC-DCP |

**ORDER**

This case is before the Court on the Plaintiff's "Motion for Limited Discovery Prior to Preliminary Injunction Hearing" [Doc. 25]. On February 17, 2026, the Parties held a Rule 26(f) conference and submitted a "Joint Rule 26(f) Planning Report and Discovery Plan" [*See* Doc. 14 at 1]. On March 12, 2026, the Court issued a Scheduling Order, outlining the discovery plan and deadlines for discovery, which is ongoing [*See* Doc. 15].

On July 10, 2026, Plaintiff filed a motion for preliminary injunction [Doc. 20]. Defendant responded [Doc. 21]. And Plaintiff replied [Doc. 24]. Thereafter, Plaintiff filed the instant Motion, seeking the Court's "leave to conduct limited discovery before the evidentiary hearing on Plaintiff's Motion for Preliminary Injunction" [Doc. 25 at 1]. Plaintiff appears to believe that some discovery is necessary to support her request for a preliminary injunction [*See id.* at 2]. Defendant opposed [*See* Doc. 29]. And Plaintiff replied [*See* Doc. 30].

The Federal Rules of Civil Procedure generally prevent parties from seeking or conducting discovery before they have conferred as Rule 26(f) requires. *See* Fed. R. Civ. P. 26(d). But after the Parties have conferred, discovery can begin. *See id.* And Parties generally do not need the

Court's "leave" to conduct discovery that is within the permissible scope of Rule 26. *See id.* at R. 26(b). Here, discovery has begun. And Plaintiff does not need the Court's leave to conduct discovery at this stage in the litigation. To the extent Plaintiff seeks specific discovery and Defendant objects to that specific request, the Parties may raise a dispute through the appropriate channels [*See* Doc. 15 at 2].

Accordingly, the Court **GRANTS** Plaintiff's "Motion for Limited Discovery Prior to Preliminary Injunction Hearing" [Doc. 25] to the extent Plaintiff seeks to conduct some discovery before a hearing is set on any request for a preliminary injunction. And to that end, the Court **DENIES** Plaintiff's currently-pending motion for preliminary injunction [Doc. 20] **with leave to refile** after Plaintiff has conducted any additional discovery that she believes is necessary and appropriate to support her request for a preliminary injunction.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge