**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE (KNOXVILLE)**

| | |
|---|---|
| **JESSICA STRODE**<br>**Plaintiff,** | **: CASE NO. 3:25-cv-00611-KAC-DCP** |
| **v.** | **: NOTICE OF DEPOSITION OF DUSTIN SMITH** |
| | **:** |
| **CITY OF SEVIERVILLE,**<br>**Defendant** | **:** |

Plaintiff Jessica Strode, by and through undersigned counsel, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby gives notice that she will take the deposition upon oral examination of Dustin Smith on October 14, 2026, at 2:00 p.m. Eastern Time, at Sevierville City Hall, 120 Gary R. Wade Boulevard, Sevierville, Tennessee 37862.

The deposition will be recorded stenographically by a certified court reporter authorized to administer oaths and will continue from day to day until completed, adjourned, or otherwise agreed by counsel.

Respectfully submitted,

/s/ *Robert F. Croskery*

Robert F. Croskery (Tenn Bar #040689)
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
Cincinnati, Ohio 45202
(513)232-5297
rcroskery@croskerylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I placed the foregoing on the Court's electronic server for service through ECF to all parties of record this 17th day of September, 2026.

Respectfully submitted,

/s/ *Robert F. Croskery*

Robert F. Croskery
Attorney for Plaintiff