**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION**

| | | |
|---|---|---|
| JESSICA STRODE, | : | Case No. 3:25-CV-00611-KAC-DCP |
| Plaintiff, | : | **PLAINTIFF'S SUPPLEMENT REQUEST FOR SUMMONS** |
| v. | : | **TO ISSUE FROM CLERK FOR KARS, LLC** |
| | : | |
| CITY OF SEVIERVILLE, TENNESSEE, and | : | |
| KARS, LLC | | |
| Defendants | | |

Plaintiff Jessica Strode, by counsel, hereby requests that the attached SUMMONS be issued for service by Plaintiff on KARS, LLC.

Respectfully submitted,

/s/ Robert F. Croskery
Robert F. Croskery (Tenn. Bar No. 040689)
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
1071 Celestial Street
Cincinnati, Ohio 45202
rcroskery@croskerylaw.com
(513) 232-5297
Fax: (513) 426-7372

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that the foregoing document was served by filing it through the Court's CM/ECF system this 2nd day of October, 2026.

/s/ Robert F. Croskery
Robert F. Croskery
Attorney for Plaintiff