**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **Defendant.** | ) | |

# NOTICE OF APPEARANCE

Brian R. Bibb and the law firm of Watson, Roach, Batson & Lauderback, P.L.C., hereby appears and enters his appearance as counsel of record for Defendant City of Sevierville, Tennessee, in the above-styled cause of action.

Respectfully submitted this 2nd day of October, 2026.

CITY OF SEVIERVILLE, TENNESSEE

By: /s/Brian R. Bibb
JOHN T. BATSON, JR, BPR NO. 009890
BRIAN R. BIBB, BPR NO. 031024
Attorneys for Defendant
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
jbatson@watsonroach.com
bbibb@watsonroach.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Robert F. Croskery
Croskery Law Offices
The Highland Towers No. 2200
1017 Celestial Street
Cincinnati, OH 45202
rcroskery@croskerylaw.com

Dated this 2nd day of October, 2026.

/s/Brian R. Bibb
BRIAN R. BIBB, BPR NO. 031024