| | |
|---|---|
| **From:** | stacy Champagne <stacychampagnetn@gmail.com> |
| **Sent:** | Wednesday, January 8, 2025 11:20 AM |
| **To:** | Dustin Smith |
| **Subject:** | January 17th Meeting Request |

Caution! This message was sent from outside your organization.

Allow sender | Block sender | Report

Dustin,

Happy New Year!

I am reaching out on behalf of KARS, LLC regarding our certificate of compliance for a retail package store, which was issued by the City of Sevierville on February 12, 2024. It is my understanding that the Board of Mayor and Aldermen has an upcoming meeting on January 17, 2025. As you are aware, we have been tied up in litigation, and as we work to sort this out, we are formally requesting an extension of six months to begin construction. Please add this entry and formal request to the upcoming calendar. If I can be of any assistance, please don't hesitate to reach out.

Best regards,
Stacy Champagne

EXHIBIT
tabbies
Collective 6 (Answer to Amended Complaint)

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Thursday, January 9, 2025 9:28 PM
**To:** Dustin Smith
**Subject:** January 17th meeting

Caution! This message was sent from outside your organization.

Allow sender | Block sender | Report

Dustin,

I am just following up to be sure you received my previous email. If you would please respond to this email so I have confirmation the request has been received by your office.

Thank you,
Stacy

**From:** Dustin Smith
**Sent:** Friday, January 10, 2025 1:25 PM
**To:** stacy Champagne
**Subject:** RE: January 17th meeting

Stacy,

Yes, received and your request will be on the agenda for the 17th.

Thanks,

Dustin Smith
City Administrator
City of Sevierville
865-453-5504

**From:** stacy Champagne <stacychampagnetn@gmail.com>
**Sent:** Thursday, January 9, 2025 9:28 PM
**To:** Dustin Smith <dsmith@seviervilletn.org>
**Subject:** January 17th meeting

Caution! This message was sent from outside your organization. Allow sender | Block sender | Report

Dustin,

I am just following up to be sure you received my previous email. If you would please respond to this email so I have confirmation the request has been received by your office.

Thank you,
Stacy

**BOARD OF MAYOR AND ALDERMEN**
**CITY OF SEVIERVILLE, TENNESSEE**
**January 17, 2025**

A special called meeting of the Board of Mayor and Aldermen of the City of Sevierville, Tennessee, was held at the Sevierville Civic Center, 130 Gary Wade Boulevard, Sevierville, Tennessee, on January 17, 2025 at 1:00 PM.

**Present and participating at the meeting:**
Robbie Fox, Mayor
Wayne Helton, Alderman
Devin Koester, Vice Mayor
Travis L. McCroskey, Alderman
Joey Ohman, Alderman
Mitch Rader, Alderman

**Senior Staff present:**
Tracy Baker, Asst. City Administrator
Corey Divel, Development Director
Keith Malone, Water & Sewer Director
Joseph Manning, Police Chief
Lynn McClurg, Chief Financial Officer/City Recorder
Ed Owens, City Attorney
Patrick Oxley, Parks & Recreation Director
Bob Parker, Golf Director
Dustin Smith, City Administrator
Doug Tarwater, Public Works Director
Brian Wagner, Information Services Director

Mayor Fox chaired the meeting with Lynn K. McClurg as secretary of the meeting.

**PUBLIC FORUM**

Mayor Fox opened the public forum section of the meeting. Fox recognized Jeff Murrell, who spoke on behalf of Tejas (TJ) Patel and requested approval of a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 2 on February 12, 2024. Murrell detailed Patel's property acquisition and progress toward construction.

Mayor Fox recognized Brian Delius, who spoke on behalf of Elizabeth Simonis and requested that the extension for zone 2 be denied and that eligibility for the certificate of compliance for that zone pass to Ms. Simonis as the next applicant drawn in the lottery. There being no further comments, the public forum was closed.

**OLD BUSINESS**

Mayor Fox recognized Dustin Smith, who presented a request on behalf of the owners of East Ridge Liquor for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 4 on February 12, 2024. Fox stated that the item had been tabled on December 16, 2024. A motion was made by Vice Mayor Koester and seconded by Alderman Rader to remove the item from the table for consideration. Motion carried. A motion was made by Alderman Rader and seconded by Alderman Helton to extend the allowable period for opening the retail package store for one year to February 12, 2026. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf Tejas Patel for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 2 on February 12, 2024. A motion was made by Vice Mayor Koester and seconded by

Alderman McCroskey to extend the allowable period for opening the retail package store for one year to February 12, 2026. The Board cautioned that it would need extenuating circumstances to further extend the deadline. Motion carried.

**NEW BUSINESS**

Mayor Fox recognized Dustin Smith, who presented and placed for passage a Resolution R2025-002 to Amend Resolution R2023-014 to Clarify the Intent Regarding Issuance of Certificates of Compliance for Retail Package Stores. Smith noted that the resolution clarifies the process for issuance, specifically related to circumstances where certificates are revoked by passage of time or abandonment of efforts by the holder. A motion was made by Vice Mayor Koester and seconded by Alderman Ohman to approve the resolution amended to change the word "received" to the word "selected" for the third item under the bullet point titled "Lottery". Motion carried.

Mayor Fox recognized Doug Tarwater, who requested approval of task order #4 to the RK&K on-call engineering contract for geotechnical investigation at the Kodak Center in the not-to-exceed amount of $54,147.50. Tarwater detailed that the work will entail geotechnical drilling, shear wave velocity testing, and a site-specific seismic study. A motion was made by Alderman Rader and seconded by Alderman McCroskey to approve the task order as presented. Motion carried.

Mayor Fox recognized Dustin Smith, who presented a request on behalf of KARS, LLC for a twelve-month extension to the time requirement for opening a retail package store after receiving the certificate of compliance for zone 3 on February 12, 2024. A motion was made by Alderman McCroskey and seconded by Alderman Helton to extend the allowable period for opening the retail package store for one year to February 12, 2026. The Board again cautioned that it would need extenuating circumstances to further extend the deadline. Motion carried.

There being no further business to discuss, the meeting adjourned at 1:22 PM.

Approved: Robbie Fox
Robbie Fox, Mayor

Attest: Lynn K. McClurg
Lynn K. McClurg, City Recorder