UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | | |
|---|---|---|
| **JESSICA STRODE**, | : | **Case No. 3:25-CV-00611-KAC-DCP** |
| Plaintiff, | : | **PLAINTIFF'S NOTICE OF FILING OF PARTIAL DEPOSITION OF** |
| v. | : | **DUSTIN SMITH (CONTINUED** |
| : | : | **IN PROGRESS)** |
| **CITY OF SEVIERVILLE, TENNESSEE**, | | |
| | : | |
| and | | |
| | : | |
| **KARS, LLC** | | |
| | : | |
| Defendants | | |

## NOTICE OF FILING PARTIAL DEPOSITION OF DUSTIN SMITH

Plaintiff Jessica Strode hereby gives notice of the filing of the transcript of the partial deposition of Dustin Smith, City Administrator for the City of Sevierville, taken on October 14, 2026, attached hereto as Exhibit 1.

By agreement of the City of Sevierville and Plaintiff Jessica Strode, the examination was limited to Mr. Smith's public statements in April 2024 concerning the City's retail package liquor store lottery, the circumstances underlying those statements, and the City's contemporaneous understanding of its procedures and the positions of the applicants.

The deposition, by agreement, remains open for continuation following the appearance of Defendant KARS, LLC[1], so that all parties would have an opportunity to participate in any further examination.

Plaintiff files the transcript in support of her forthcoming Renewed Motion for Preliminary Injunction. This filing is not intended to represent that Mr. Smith's deposition has been

1 Plaintiff has just received notice that KARS, LLC has been served, and expects a Notice of Appearance shortly.

completed or that any party has waived the right to conduct further examination consistent with the parties' agreement.

Respectfully submitted,

/s/ *Robert F. Croskery*
Robert F. Croskery (Tenn Bar #040689)
Attorney for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
Cincinnati, Ohio 45202
(513)232-5297
rcroskery@croskerylaw.com

## CERTIFICATE OF SERVICE

I hereby confirm that the foregoing document was served upon all counsel currently receiving electronic service by placing it on the Court's electronic server for service to all parties, with a courtesy copy emailed to statutory agent, attorney Robert Pinson, at his email address, rob.pinson@arlaw.com, this 25th day of October, 2026.

Respectfully submitted,

/s/ *Robert F. Croskery*

Robert F. Croskery
Attorney for Plaintiff