**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JESSICA STRODE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 3:25-CV-00611** |
| **CITY OF SEVIERVILLE, TENNESSEE** | ) | |
| **and KARS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF SERVICE**

Defendant City of Sevierville, Tennessee, hereby appears, by and through counsel and provide this Court Notice that *Defendant City of Sevierville, Tennessee's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Plaintiff Jessica Stode* were served on counsel of record as noted on the Certificate of Service via email on the 27th day of October, 2026

Respectfully submitted this 27th day of October, 2026.

CITY OF SEVIERVILLE, TENNESSEE

By: /s/Brian R. Bibb

JOHN T. BATSON, JR, BPR No. 009890
BRIAN R. BIBB, BPR No. 031024
Attorneys for Defendant
Watson, Roach, Batson & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
jbatson@watsonroach.com
bbibb@watsonroach.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Robert F. Croskery
Croskery Law Offices
The Highland Towers No. 2200
1017 Celestial Street
Cincinnati, OH 45202
rcroskery@croskerylaw.com

Dated this 27th day of October, 2026.

/s/Brian R. Bibb
BRIAN R. BIBB, BPR No. 031024