UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, KNOXVILLE DIVISION

| | | |
|---|---|---|
| **JESSICA STRODE**, | : | Case No. 3:25-CV-00611-KAC-DCP |
| Plaintiff, | : | **PLAINTIFF'S NOTICE OF SERVICE OF ITS FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO DEFENDANT CITY OF SEVIERVILLE** |
| v. | : | |
| **CITY OF SEVIERVILLE, TENNESSEE,** | : | |
| and | : | |
| **KARS, LLC** | : | |
| Defendants | | |

Plaintiff Jessica Strode, by and through undersigned counsel, hereby gives notice that Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission Directed to Defendant City of Sevierville, Tennessee, was served upon counsel for Defendant City of Sevierville by electronic mail on October 27, 2026.

/s/ Robert F. Croskery
Robert F. Croskery (Tenn. Bar No. 040689)
Counsel for Plaintiff
Croskery Law Offices
The Highland Towers, No. 2200
1071 Celestial Street
Cincinnati, Ohio 45202
(513) 232-5297
rcroskery@croskerylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, the foregoing Notice of Service was filed electronically with the Court. Notice of this filing will be transmitted through the Court's electronic filing system to all counsel of record participating in electronic filing.

I further certify that Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission Directed to Defendant City of Sevierville, Tennessee, was served by electronic mail on October 27, 2026, upon John T. Batson, Jr. at his email, jbatson@watsonroach.com, and upon Brian R. Bibb at his email bbibb@watsonroach.com, the firm of Watson, Roach, Batson & Lauderback, P.L.C., Attorneys for Defendant City of Sevierville, Tennessee.

/s/ Robert F. Croskery
Robert F. Croskery
Attorney for Plaintiff