UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **JESSICA STRODE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF SEVIERVILLE, TENNESSEE, and KARS, LLC,**<br><br>**Defendants.** | **Case No. 3:25-cv-00611-KAC-DCP** |

## UNOPPOSED MOTION FOR EXTENSION

Defendant KARS LLC respectfully moves, pursuant to Federal Rule of Civil Procedure 6, for a one-week extension of time for filing its response to the Plaintiff's Motion for Preliminary Injunction. As grounds therefor, the Defendant respectfully states as follows:

1. The Defendant was served with the summons and amended complaint in this case on October 21, 2026.

2. Due to a delay in the transmission of the complaint and related materials, however, the case was not placed in the hands of the undersigned until November 5, 2026. Because of previous commitments, the undersigned was not able to work on the case over the weekend of November 7–8. Because of the work necessary to prepare a response to the Complaint and meet pending obligations in other cases, the

4910-4452-0671.2

undersigned requires additional time to respond to the Plaintiff's request for a preliminary injunction.

3. The undersigned has consulted with counsel for the Plaintiff concerning this request, and the latter expressed no opposition to the request.

4. Accordingly, the Court should authorize the Defendant KARS LLC to file its response to the motion for preliminary injunction on or before November 16, 2026.

Respectfully submitted,

s/ Paul J. Krog
Paul J. Krog (BPR No. 29263)
BULSO PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027
Tel: (615) 913-5200
Fax: (615) 913-5150
pkrog@bulso.com
*Counsel for KARS, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, November 9, 2026 , a true copy of the foregoing has been filed with the CM/ECF system which will send a Notice of Electronic Filing to the following:

Robert F. Croskery
CROSKERY LAW OFFICES
The Highland Towers, No. 2200
1071 Celestial Street
Cincinnati, Ohio 45202
Tel: (513) 232-5297
Fax: (513) 426-7372
rcroskery@croskerylaw.com
*Counsel for Plaintiff*

John T. Batson, Jr.
Brian R. Bibb
WATSON, ROACH, BATSON, & LAUDERBACK PLC
P.O. Box 131
Knoxville, TN 37901-0131
Tel: (865) 637-1700
jbatson@watsonroach.co
*Counsel for the City of Sevierville*

s/ Paul J. Krog
Paul J. Krog

4910-4452-0671.2